IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOAN ESNAYRA, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE WASHINGTON UNIVERSITY HOSPITAL, et al., <br><br> Defendants. | Case No. 05-cv-1501 (CKK) |

**AFFIDAVIT OF SERVICE OF PROCESS BY CERTIFIED MAIL**

COMES NOW Kay M. Clarke, counsel for the plaintiff herein, and certifies to the following:

1. That I served by certified and first class mail, return receipt requested, the summons and complaint issued to the defendant, George Washington University Hospital, along with the Initial ECF Order, by mailing such documents addressed as follows:

> GEORGE WASHINGTON UNIVERSITY HOSPITAL
> Serve: CT Corporation System, Registered Agent
> 1015 15th Street, NW
> Washington, DC 20005

2. That I received the attached green card which was executed by Kevin Thomas on August 3, 2005.

3. That upon information and belief Kevin Thomas is authorized to accept service on behalf of George Washington University Hospital.

I do solemnly swear under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm that I am a competent person over 18 years of age and not a party to the case.

Respectfully submitted,

CLOWER & CLARKE

Date:  August 6, 2005             By:  _____
                                       KAY M. CLARKE, #443477
                                       601 Pennsylvania Avenue, NW
                                       The Pennsylvania Suite 205
                                       Washington, D.C.  20004
                                       (202) 638-0086
                                       Attorney for Plaintiff