IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOAN ESNAYRA | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-cv-1501 (CKK) |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF SERVICE OF PROCESS BY CERTIFIED MAIL

COMES NOW Kay M. Clarke, counsel for the plaintiff herein, and certifies to the following:

1. That I served by certified and first class mail, return receipt requested, the summons and complaint issued to the defendant, Medical Faculty Associates, Inc., along with the Initial ECF Order, by mailing such documents addressed as follows:

> MEDICAL FACULTY ASSOCIATES, INC.
> Serve: Corporation Service Company, Registered Agent
> 1090 Vermont Ave., N.W.
> Washington, DC 20005

2. That I received the attached green card which was executed by Rice on August 2, 2005.

3. That upon information and belief Mr./Ms. Rice is authorized to accept service on behalf of Medical Faculty Associates.

I do solemnly swear under the penalties of perjury that the contents of the

foregoing paper are true to the best of my knowledge, information and belief and do further affirm that I am a competent person over 18 years of age and not a party to the case.

                                            Respectfully submitted,

                                            CLOWER & CLARKE

Date: August 6, 2005            By: _____
                                            KAY M. CLARKE, #443477
                                            601 Pennsylvania Avenue, NW
                                            The Pennsylvania Suite 205
                                            Washington, D.C. 20004
                                            (202) 638-0086
                                            Attorney for Plaintiff