CO-386-online
10/03

# United States District Court
# For the District of Columbia

Joan Esnayra )
)
)
)
          Plaintiff )   Civil Action No. __05-cv-1501-CKK__
     vs )
)
George Washington University )
Hospital, et al. )
)
          Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Joan Esnayra_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Joan Esnayra_____ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__443477_____    Kay M. Clarke
BAR IDENTIFICATION NO.                    Print Name

601 Pennsylvania Avenue, NW, Suite 205N
Address

Washington, D.C.  20004
City         State        Zip Code

(202) 638-0086
Phone Number