IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN ESNAYRA | * |
| Plaintiff | * |
| Vs. | * Case No.: 1:05CV01501 |
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, *et al.* | * Judge: Colleen Kollar-Kotelly<br>Deck Type: Personal Injury/ Malpractice |
| Defendants | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ANSWER OF DISTRICT HOSPITAL PARTNERS, LP, DEFENDANT TO PLAINTIFFS' COMPLAINT

Now Comes District Hospital Partners, LP t/a the George Washington University Hospital, a Defendant, (sued herein as "George Washington University Hospital") by its attorneys, Thomas V. Monahan, Jr. and Goodell, DeVries, Leech & Dann, LLP, and responds to the Complaint as follows:

### FIRST DEFENSE

1. The Complaint fails to state a cause of action upon which relief may be granted.

### SECOND DEFENSE

2. The Defendant generally denies all allegations of liability, demands strict proof thereof and asks that a judgment be entered in its favor.

### THIRD DEFENSE

3. Responding to the individually numbered paragraphs of the Complaint, District Hospital Partners, LP states as follows:

4. This Defendant does not have sufficient information to determine the truth or falsity of the jurisdictional and factual allegations in paragraphs 1 and 2 of the Complaint and, accordingly, they are denied.

5. Responding to paragraph 3 of the Complaint, District Hospital Partners, LP admits that on August 1, 2004 it was a limited partnership which undertook to perform some of the operations of George Washington University Hospital. Otherwise, the allegations in paragraph 3 are denied.

6. This Defendant does not have sufficient knowledge of the truth or falsity of the allegations in paragraphs 4 and 5 of the Complaint to form a belief as to their accuracy and, accordingly, they are denied.

7. This Defendant denies the allegations in paragraphs 6 through 17 of the Complaint.

8. This Defendant admits that the Plaintiff received Dilaudid intravenously but denies that this was administered fifteen minutes after the events described in paragraphs 6 through 17 of the Complaint. This Defendant does not presently have sufficient knowledge to admit or deny the allegation that the Plaintiff received saline.

9. This Defendant denies the allegations in paragraphs 19 through 22 of the Complaint.

10. Responding to paragraph 23 of the Complaint, this Defendant incorporates herein by reference its previous responses to paragraphs 1 through 22.

11. The allegations in paragraphs 24 and 25 are denied.

12. This Defendant responds to paragraph 26 of the Complaint by incorporating herein the previous responses to paragraphs 1 through 22 of the Complaint.

13. This Defendant denies the allegations in paragraphs 27 through 30 of the Complaint.

14. Responding to paragraph 31 of the Complaint, this Defendant incorporates herein by reference its previous responses to paragraphs 1 through 22.

15. This Defendant denies the allegations in paragraphs 32 through 34 of the Complaint.

16. Responding to paragraph 35 of the Complaint, this Defendant incorporates herein by reference its previous responses to paragraphs 1 through 22.

17. This Defendant denies the allegations in paragraph 36 of the Complaint.

WHEREFORE, having fully responded to all of the individual allegations of the Complaint, this Defendant respectfully requests that this Court enter a judgment in favor of District Hospital Partners, LP as to each and every count of the Complaint and to award District Hospital Partners, LP its costs.

## FOURTH DEFENSE

18. The Plaintiff caused or contributed to the injuries alleged.

## FIFTH DEFENSE

19. The Plaintiff assumed the risk of the injuries alleged.

## SIXTH DEFENSE

20. The Complaint and each and every Count thereof did not accrue within the period of the applicable statute of limitations and, therefore, are barred.

## SEVENTH DEFENSE

21. This Defendant reserves the right to assert any other additional defenses which may become apparent during the litigation of this matter.

Respectfully submitted,

*[signature]*
Thomas V. Monahan, Jr. (Fed. Bar #04471)
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street
20th Floor
Baltimore, Maryland  21202
(410) 783-4000
*Attorneys for Defendant, District Hospital Partners, LP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2005 a copy of the foregoing Answer of District Hospital Partners, LP to Plaintiffs' Complaint was filed electronically to:

Donald A. Clower, Esquire
Clower & Clarke
601 Pennsylvania Avenue NW
The Pennsylvania, Suite 205
Washington, D.C.  20004

*[signature]*
Thomas V. Monahan, Jr.

689296