IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN ESNAYRA | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV01501 |
| | ) | |
| | ) | |
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, ET AL. | ) ) | |
| | ) | |

**ANSWER OF DEFENDANT
MEDICAL FACULTY ASSOCIATES, INC.**

Defendant Medical Faculty Associates, Inc. (hereinafter "MFA"), through undersigned counsel, hereby answers the Complaint filed by Joan Esnayra and states as follows:

**FIRST AFFIRMATIVE DEFENSE**

The Complaint and all or any of its Counts I-IV fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Defendant and its employees or agents at all times complied with all applicable standards of care.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff failed to reasonably mitigate damages.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are or may be barred by the applicable statutes of limitations.

**FIFTH AFFIRMATIVE DEFENSE**

The injuries and damages alleged by plaintiff, if any, were the proximal result of pre-existing or independently developing conditions, illnesses or natural disease processes and are/were not due to the negligence of this defendant which is expressly denied.

**SIXTH AFFIRMATIVE DEFENSE**

Defendant denies any and all allegations of negligence, wrongdoing, illegality or improper conduct alleged in the Complaint and denies causation of any injury or damage to the plaintiff.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are or may be barred by plaintiff's contributory negligence and/or assumption of the risk.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are or may be barred by release, waiver, implied or express consent, ratification, res judicata or collateral estoppel.

**NINTH AFFIRMATIVE DEFENSE**

The injuries alleged in the Amended Complaint, if not naturally occurring, were due to the acts or omissions of others over whom this defendant had no control.

**TENTH AFFIRMATIVE DEFENSE**

Defendants reserve the right to assert additional defenses pending the outcome of discovery.

As to the particular allegations set forth in plaintiff's Complaint, defendant denies all allegations not specifically admitted below and further states as follows:

## JURISDICTION

1. Paragraph 1 states a series of legal conclusions to which no response is necessary. To the extent that a response is deemed necessary, these allegations are denied.

## PARTIES

2. Defendant lacks sufficient knowledge or information to admit or deny the allegation of paragraph 2 of the Complaint and therefore denies the same.

3. The allegations in paragraph 3 of the Complaint do not relate to this defendant. To the extent that an answer is deemed required, the allegations in paragraph 3 are denied for lack of knowledge or information.

4. Defendant admits that at the times alleged in plaintiff's Complaint it was a body corporate. Defendant admits that at various times some of its employees worked at the George Washington University Hospital Emergency Room. Defendant denies the remaining allegations of paragraph 4 of plaintiff's Complaint.

5. Defendant lacks sufficient knowledge or information to admit the allegations of paragraph 5 in plaintiff's Complaint in that said allegations are insufficiently detailed to permit defendant to respond and therefore defendant denies these allegations.

## ALLEGATIONS

6-22. Defendant lacks sufficient knowledge or information to admit plaintiff's factual allegations and therefore those allegations are denied. Defendant

denies and demands strict proof of plaintiff's allegations of negligence, wrongdoing, injury or damage.

## COUNT I

23.     Defendant incorporates herein and realleges as set forth in full its response to paragraphs 1-22.

24-25.  Defendant denies the allegations of paragraphs 24-25 of plaintiff's Complaint.

WHEREFORE defendant Medical Faculty Associates, Inc. respectfully requests the Court enter an Order dismissing plaintiff's claims with prejudice, awarding defendant its costs in defending this matter and for such other and further relief as this Court deems just and proper.

## COUNT II

26.     Defendant incorporates herein and realleges as if set forth in full its responses to paragraphs 1-25.

27-30.  Defendant denies the allegations of paragraphs 27-30 of plaintiff's Complaint.

WHEREFORE defendant Medical Faculty Associates, Inc. respectfully requests the Court enter an Order dismissing plaintiff's claims with prejudice, awarding defendant its costs in defending this matter and for such other and further relief as this Court deems just and proper.

## COUNT III

31.     Defendant incorporates herein and realleges as if set forth in full its responses to paragraphs 1-30.

32-34. Defendant denies the allegations of paragraphs 32-34 of plaintiff's Complaint.

WHEREFORE defendant Medical Faculty Associates, Inc. respectfully requests the Court enter an Order dismissing plaintiff's claims with prejudice, awarding this defendant its costs in defending this matter and for such other and further relief that this Court deems just and proper.

## COUNT IV

35. Defendant incorporates herein and realleges as if set forth in full its responses to paragraphs 1-34 of plaintiff's Complaint.

36. Defendant denies the allegations of paragraph 36 of plaintiff's Complaint.

WHEREFORE defendant Medical Faculty Associates, Inc. respectfully requests the Court enter an Order dismissing plaintiff's claims with prejudice, awarding defendant its costs in defending this matter and for such other and further relief that this Court deems just and proper.

Respectfully submitted,

Gleason, Flynn, Emig & Fogleman, Chtd.

_____
James P. Gleason, Jr.  #291005
Matthew P. Maloney  #434242
11 N. Washington St.
Suite 400
Rockville, Maryland 20850
**Counsel for Defendant Medical Faculty Associates, Inc.**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Answer to Complaint was mailed, postage prepaid, this _____ day of August, 2005, to the following and was electronically filed with the Court:

Donald A. Clower, Esq.
Kay M. Clarke, Esq.
Clower & Clark
601 Pennsylvania Ave., NW
The Pennsylvania Suite 205
Washington, DC 20004

The George Washington
University Hospital
c/o CT Corporation System,
Registered Agent
1015 15th Street, NW
Washington, DC 20005

_____
Matthew P. Maloney