IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN ESNAYRA ) | |
| ) | |
| v. ) | Case No. 1:05CV01501 |
| ) | |
| ) | |
| GEORGE WASHINGTON UNIVERSITY ) | |
| HOSPITAL, ET AL. ) | |
| ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that I served by first-class mail, postage prepaid on all counsel hereto a copy of defendant's First Request for Production of Documents to Plaintiff and First Set of Interrogatories to Plaintiff. I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for an appeal has expired, and any appeal noted has been decided.

    Respectfully submitted,

    GLEASON, FLYNN, EMIG & FOGLEMAN, CHARTERED

    _____
    James P. Gleason, Jr. #291005
    Matthew P. Maloney #434242
    11 N. Washington St., Suite 400
    Rockville, Maryland 20850
    (301) 294-2110
    Counsel for Defendant, Medical Faculty Associates, Inc.

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing document was mailed, postage prepaid, this _____ day of August, 2005, to the following and was filed pursuant to the Court's electronic filing system:

Donald A. Clower, Esq.
Kay M. Clarke, Esq.
Clower & Clarke
601 Pennsylvania Ave., NW
The Pennsylvania Suite 205
Washington, DC 20004

The George Washington
University Hospital
c/o CT Corporation System,
Registered Agent
1015 15th Street, NW
Washington, DC 20005

                                                                                  _____
                                                                                  Matthew P. Maloney