IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN ESNAYRA ) | |
| ) | |
| Plaintiff, ) | Case No. 05-cv-1501 (CKK) |
| ) | |
| v. ) | |
| ) | |
| GEORGE WASHINGTON UNIVERSITY ) | |
| HOSPITAL, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT, MEDICAL FACULTY ASSOCIATES, MOTION FOR MORE DEFINITE STATEMENT**

COMES NOW the plaintiff, by counsel, and responds to and opposes the Motion for More Definite Statement filed by the defendant, Medical Faculty Associates.

Plaintiff requests the Court's attention to the following Memorandum of Points & Authorities.

          Respectfully submitted,

          CLOWER & CLARKE

Date: September 6, 2005    By: _____
          KAY M. CLARKE, #443477
          601 Pennsylvania Avenue, NW
          The Pennsylvania Suite 205
          Washington, D.C. 20004
          (202) 638-0086
          Attorney for Plaintiff

**MEMORANDUM OF POINTS AND AUTHORITIES**

1

This matter arises out of a series of events occurring on August 1, 2004, at the George Washington University Hospital. Plaintiff alleges she was assaulted and battered by the defendants and tortuously restrained, by both physical force and chemically. Defendant, Medical Faculty Associates, has requested that this Court order plaintiff to be more specific as to certain counts of her Complaint.

Plaintiff believes she has placed the defendants on notice of the full scope of her claims as required by the Federal Rules of Civil Procedure. Plaintiff respectfully avers that the defendant's inquiries are more appropriately addressed through discovery and that an amended complaint should not be required.

WHEREFORE, for the reasons stated herein, plaintiff requests that the Motion for More Definite Statement be denied.

                                                 Respectfully submitted,

                                                 CLOWER & CLARKE

Date: September 6, 2005        By:   _____
                                                      KAY M. CLARKE, #443477
                                                      601 Pennsylvania Avenue, NW
                                                      The Pennsylvania Suite 205
                                                      Washington, D.C. 20004
                                                      (202) 638-0086
                                                      Attorney for Plaintiff