## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN ESNAYRA | ) ) ) | |
| Plaintiff, | ) ) | Case No. 05-cv-1501 (CKK) |
| v. | ) ) | |
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

### LCvR RULE 16.3 REPORT

The parties hereby submit their Report pursuant to Local Civil Rule 16.3(d) and state as follows:

1. <u>Dispositive Motions</u>: The defendants may file dispositive motions following the close of discovery. The plaintiff does not anticipate filing a dispositive motion.

2. <u>Amendments</u>: The parties request that a deadline for adding additional parties or amending the pleadings be set three (3) months before the close of discovery.

3. <u>Assignment to Magistrate</u>: The parties do not request that this matter be assigned to a Magistrate for all purposes.

4. <u>Settlement</u>: Defendants do not reasonably anticipate settlement at this juncture but will re-evaluate this matter following discovery.

5. <u>ADR</u>: The parties believe that after discovery is completed this

case may benefit by mediation.

6. <u>Summary Judgment or Dismissal</u>: Defendants request that the Court set a date for the filing of dispositive motions after the close of discovery.

7. <u>Initial Disclosures</u>: The parties do not agree to dispense with the requirements of F.R.Civ.P. 26(a)(1).

8. <u>Discovery</u>: The parties request six (6) months within which to complete discovery. The parties do not request that limits to be placed on discovery beyond those set forth in the Federal Rules.

9. <u>Expert Witnesses</u>: The parties do not request modification of the requirements of F.R.Civ.P. 26(a)(2) regarding the exchange of expert reports and information.

The parties request a deadline for plaintiff's and then defendant's 26(a)(2) materials to be exchanged and request that each party's make their experts available for deposition after that party's 26(a)(2) deadline.

10. <u>Class Actions</u>: Not applicable.

11. <u>Bifurcation</u>: Based on the limited information available at present, defendants are not requesting bifurcation at this juncture but reserve the right to make such a request at or before the Pretrial.

12. <u>Pretrial Conference</u>: The parties request that a date for the Pretrial Conference be selected following the close of discovery.

13. <u>Trial Date</u> : The parties request that the trial date be set at the Pretrial Conference.

                                            Respectfully submitted,

                                            CLOWER & CLARKE

DATE:   September 20, 2005   By:   /s/ MPM by permission
                                            KAY M. CLARKE, #443477
                                            601 Pennsylvania Avenue, NW
                                            The Pennsylvania Suite 205
                                            Washington, D.C.  20004
                                            (202) 638-0086
                                            Counsel for Plaintiff


                                            _____/s/_____
                                            James P. Gleason, Jr. #291005
                                            Matthew P. Maloney #434242
                                            11 N. Washington St., Suite 400
                                            Rockville, MD 20850
                                            (301) 294-2110
                                            Counsel for Defendant
                                            Medical Faculty Associates, Inc.


                                            /s/ MPM by permission
                                            Thomas V. Monohan, Esq. #457213
                                            Adam Kelley, Esq. #483729
                                            Goodell, DeVries, Leech & Dann
                                            One South Street
                                            20th Floor
                                            Baltimore, Maryland  21202
                                            410-783-4000
                                            Counsel for defendant
                                            George Washington University
                                            Hospital