IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN ESNAYRA ) | |
| ) | |
| Plaintiff, ) | Case No. 05-CV-1501 (CKK) |
| ) | |
| v. ) | |
| ) | |
| GEORGE WASHINGTON UNIVERSITY ) | |
| HOSPITAL, et al., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

COMES NOW the plaintiff, Joan Esnayra, by her attorneys, Donald A. Clower and Kay M. Clarke of CLOWER & CLARKE, and moves this Court for a protective order prohibiting the release of medical records to the defendants by Richard Davis Greenberg, MD. In support of her motion, plaintiff quest the Courts' attention to the attached Memorandum of Points and Authorities.

Respectfully submitted,

CLOWER & CLARKE

DATE: November 1, 2005      By: _____
KAY M. CLARKE, #443477
601 Pennsylvania Avenue, NW
The Pennsylvania Suite 205
Washington, D.C. 20004
(202) 638-0086
Counsel for Plaintiff

1

## **MEMORANDUM OF POINTS AND AUTHORITIES**

This matter arises out of an incident occurring on August 1, 2004. On that date, plaintiff alleges that she was assaulted and battered, and sustained other injuries and damages, by staff at the George Washington University Hospital, including Medical Faculty Associates employees.

On August 1, 2004, plaintiff was transported by ambulance to George Washington University Hospital due to a severe and acute onset of low back pain resulting from one or more herniated discs in her lumbar spine. On arrival, and without appropriate examination and evaluation, plaintiff was administered chemical restraints without her consent which were intended to tranquilize and otherwise control the plaintiff, despite plaintiff not being a danger to herself or others. The pharmaceuticals administered to plaintiff were contraindicated by the medications for her bi-polar condition. The defendants failed completely to properly evaluate plaintiff and administered contraindicated drugs.

The defendants, plaintiff believes, will attempt to argue that plaintiff's mental state required the administration of chemical restraints. It further appears that the defendants will argue that, although plaintiff admits that she is bi-polar, plaintiff suffers from a psychotic or other condition requiring chemical restraints. Manic-depression and psychosis are simply completely different conditions.

Defendant hospital has subpoenaed the records from Dr. Richard Davis Greenberg, plaintiff's psychiatrist who treats plaintiff's bi-polar condition. Plaintiff attaches as Exhibit A the subpoena and records deposition notice. The records of Dr. Greenberg contain

information which is completely irrelevant to this case. The records also contain highly sensitive information which is of no probative value to this case. The release of this information to anyone outside of the doctor-patient relationship which exists between the plaintiff and Dr. Greenberg will cause unnecessary embarrassment to the plaintiff and will provide no support for the administration of chemical restrains to the plaintiff on August 1, 2004.

Plaintiff requests a hearing, if this Court deems such necessary in order to grant the relief requested herein, to produce testimony from Dr. Greenberg as to the irrelevance of his records of plaintiff's condition to the anticipated allegations by the defendants that plaintiff was in a psychotic episode (or otherwise) on August 1, 2004.

WHEREFORE, plaintiff objects to the release of the records as subpoenaed from Dr. Greenberg and requests a protective order prohibiting the release of her records to the defendants.

Respectfully submitted,

CLOWER & CLARKE

DATE: November 1, 2005       By: _____
KAY M. CLARKE, #443477
601 Pennsylvania Avenue, NW
The Pennsylvania Suite 205
Washington, D.C. 20004
(202) 638-0086
Counsel for Plaintiff

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was mailed first cla this 1st day of November, 2005, addressed as follows:

Thomas V. Monohan, Esq.
GOODELL, DEVRIES, LEECH & DANN
One South Street
20th Floor
Baltimore, MD   21202

Matthew P. Maloney, Esq.
GLEASON, FLYNN, EMIG & FOGELMAN
11 N. Washington Street
Suite 400
Rockville, MD   20850

_____
KAY M. CLARKE