Subpoena in a Civil Case

Issued by the

# United States District Court
### DISTRICT OF COLUMBIA

RA  
intiff

V.

hington University Hospital, et al.  
endants  
ian of Records, Richard Davis Greenberg, M.D., 2112 F  
604, National Neuroscience Assoc., Washington, D.C.

SUBPOENA IN A CIVIL CASE

CASE NUMBER:1 05CV01501

COMMANDED to appear in the United States District Court at the place, date, and time  
ow to testify in the above case.

| ɅONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

COMMANDED to appear at the place, date, and time specified below to testify at the taking  
on in the above case.

| ITION | DATE AND TIME |
|---|---|
| | |

COMMANDED to produce and permit inspection and copying of the following documents  
the place, date, and time specified below (list documents or objects):

| ell, DeVries, Leech & Dann, LLP, St., 20th Flr., Baltimore, MD 21202 | DATE AND TIME 11:30 11/29/05, Tues |
|---|---|

COMMANDED to permit inspection of the following premises at the date and time specified

| | DATE AND TIME |
|---|---|
| | |

inization not a party to this suit is subpoenaed for the taking of a deposition shall designate ers, directors, or managing agents, or other persons who consent to testify on its behalf, and each person designated, the matters on which the person will testify. Federal Rules of Civil (6).

| SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR  *Thomas V. Monahan* | DATE 10/14/05 |
|---|---|

'S NAME, ADDRESS, AND PHONE NUMBER   Thomas V. Monahan, Jr., Adam Ke  
eVries, Leech & Dann, LLP, One South St., 20th Flr., B  
MD 21202  
(410) 783-4000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)  
in district other than district of issuance, state district under case number.

ev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| D | | |

| ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |
| BY (PRINT NAME) | TITLE |
| | |

## DECLARATION OF SERVER

e under penalty of perjury under the laws of the United States of America that the foregoing informa
n the Proof of Service is true and correct.

ed on _____          _____
         Date                                                          Signature of Server

                                                          _____
                                                          Address of Server

ral Rules of Civil Procedure, Part C & D:
ON OF PERSONS SUBJECT TO SUBPOENAS.
 A party or an attorney responsible for the issuance and
oena shall take reasonable steps to avoid imposing undue
se on a person subject to that subpoena. The court on behalf
poena was issued shall enforce this duty and impose upon
mey In breach of this duty an appropriate sanction which
t is not limited to, lost earnings and reasonable attorney's

 (A) A person commanded to produce and permit
opying of designated books, papers, documents or tangible
tion of premises need not appear in person at the place of
ispection unless commanded to appear for deposition.

 (B) Subject to paragraph (d) (2) of this rule, a person
oduce and permit inspection and copying may, within 14
of subpoena or before the time specified for compliance if
than 14 days after service, serve upon the party or attorney
 subpoena written objection to inspection or copying of
 designated materials or of the premises. if objection is
erving the subpoena shall not be entitled to inspect and
 inspect the premises except pursuant to an order of the
e subpoena was issued. if objection has been made, the
 subpoena may, upon notice to the person commanded to
any time for an order to compel the production. Such an
roduction shall protect any person who Is not a party or
y from significant expense resulting from the inspection
manded.

(A) On timely motion, the court by which a subpoena was
 or modify the subpoena if it

(i) fails to allow reasonable time for compliance:
(ii) requires a person who is not a party or an officer of a
a place more than 100 miles from the place where that

person resides, Is employed or regularly transacts business in
person, except that, subject to the provisions of clause (c)(3) (B) (iii) o
rule, such a person may In order to attend trial be commanded to travel
any such place within the state in which the trial Is held, or
      (iii) requires disclosure of privileged or other prote
matter and no exception or waiver applies. or
      (vi) subjects a person to undue burden.

 (B) If a subpoena
      (i) requires disclosure of a trade secret or other confide
research, development, or commercial Information, or
      (ii) requires disclosure of an un-retained expert's opinio
information not describing specific events or occurrences in dispute
resulting from the expert's study made not at the request of any party,
      (iii) requires a person who is not a party or an officer
party to incur substantial expense to travel more than 100 miles to at
trial, the court may, to protect a person subject to or affected by
subpoena. quash or modify the subpoena, or, if the party in whose behal
subpoena is issued shows a substantial need for the testimony or mate
that Cannot be otherwise met without undue hardship and assures that
person to whom the subpoena is addressed will be reasonably compensa
the court may order appearance or production only upon speci
conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

 (1) A person responding to a subpoena to produce documents s
produce them as they are kept in the usual course of business or sl
organize and label them to correspond with the categories In the dema

 (2) when information subject to a subpoena is withheld on a cla
that it is privileged or subject to protection as trial preparation materi
the claim shall be made expressly and shall be supported by a descript
of the nature of the documents, communications, or things not produced t
is sufficient to enable the demanding party to contest the claim.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN ESNAYRA | * | Judge Colleen Kollar-Kotelly |
| Plaintiff | * | Case No.: 1:05CV01501 |
| v. | * | Deck Type: Personal Injury/ Malpractice |
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, et al. | * | |
| | * | |
| Defendants | | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

## NOTICE TO TAKE DEPOSITION DUCES TECUM

Notice is hereby given pursuant to the Federal Rules of Civil Procedure that the oral deposition for the purposes of discovery will be taken of:

**Name:** Richard Davis Greenberg, M.D.

**Time:** 11:30 a.m.

**Date:** Tuesday, November 29, 2005

at the time indicated above, at the offices of Goodell, DeVries, Leech and Dann, LLP, One South Street, 20th Floor, Baltimore, Maryland 21202, before an officer duly authorized by law to administer the oath. On the above-referenced date, the deponent is directed to produce any and all documents pertaining to Joan Esnayra, DOB: 6/5/1964; SSN: 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, for the purpose of inspection and photocopying, including by way of example, but not limited to, the following:

> any and all medical records, or other documents or materials concerning care rendered, bills submitted, bills paid, medical records, correspondence with Joan Esnayra, Joan Esnayra's provider(s), or legal counsel, notes regarding telephone conversations, progress notes, operative notes and records, lab/pathology reports, radiology reports, consultations, physical or occupational therapy notes and records, charts, graphs and any other documents in your possession pertaining to the above-referenced individual.

699860 (1137-68)

HIPAA NOTICE: Pursuant to 42 C.F.R. §164.512 (e), et seq. (2003), 42 USC §1320(d) et. seq., you are hereby advised that a copy of this Notice of Deposition and Subpoena has been provided to counsel for the individual (Joan Esnayra) or to the individual directly, if pro-se, and includes sufficient information about the litigation or proceeding in which the protected health information is requested to permit the individual to raise an objection to the court or administrative tribunal. The date upon which records must be produced in response to this Notice of Deposition and Subpoena permits the individual sufficient time to raise objections to the court or administrative tribunal and a response is required by said response date if no objections are filed or if all objections filed by the individual have been resolved by the court or the administrative tribunal and the disclosures being sought are consistent with such resolution. Further, the records requested by this Notice of Deposition and Subpoena will not be used for any purpose other than the litigation or proceeding for which such information was requested and will be returned to the covered entity or destroyed at the end of the litigation or proceeding.

The medical condition/care of Joan Esnayra has been placed at issue in this litigation, and accordingly, all medical, insurance and billing records of the patient are required and relevant to respond to this subpoena.

In lieu of appearing at the deposition, you may arrange to have the requested records delivered to the attention of <u>Katherine A. Kinhart, Paralegal, Goodell, DeVries, Leech & Dann, LLP, One South Street, 20th Floor, Baltimore, Maryland 21202 on or before November 28, 2005</u>.

Respectfully submitted,

_____
Thomas V. Monahan, Jr. (Bar No. 04471)
Adam Kelley (Bar No. 483729)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000 Tel.; (410) 783-4040 Fax
**Attorneys for the Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice to Take Deposition *Duces Tecum*, with the attached subpoena was mailed, <u>via certified mail</u>, postage prepaid, this 14th day of October 2005, to:

>Ms. Joan Esnayra
>c/o Donald A. Clower, Esquire
>Clower & Clarke
>601 Pennsylvania Avenue N.W.
>The Pennsylvania, Suite 205
>Washington, D.C. 20004
>**Attorneys for the Plaintiffs**

>*/s/ Thomas V. Monahan*
>Thomas V. Monahan, Jr. (Bar No. 04471)
>Adam Kelley (Bar No. 483729)
>Goodell, DeVries, Leech & Dann, LLP
>One South Street, 20th Floor
>Baltimore, Maryland 21202
>(410) 783-4000 Tel.; (410) 783-4040 Fax
>**Attorneys for the Defendants**

cc: Richard Davis Greenberg, M.D. (w/ encls.)
2112 F St. N.W., Suite 604
National Neuroscience Assoc.
Washington, D.C. 20037

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN ESNAYRA | * | Judge Colleen Kollar-Kotelly |
| Plaintiff | * | Case No.: 1:05CV01501 |
| v. | * | Deck Type: Personal Injury/ Malpractice |
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, *et al.* | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE TO JOAN ESNAYRA
IN COMPLIANCE WITH HIPAA NOTICE:
Pursuant to 42 C.F.R. § 164.512(e), *et seq.* (2003), 42 USC § 1320(d), *et. seq.*
**

TAKE NOTE THAT MEDICAL/INSURANCE RECORDS REGARDING JOAN ESNAYRA, HAVE BEEN SUBPOENAED FROM RICHARD DAVIS GREENBERG, M.D., PURSUANT TO THE ATTACHED SUBPOENA AND HIPAA NOTICE: Pursuant to 42 C.F.R. § 164.512(e), *et seq.* (2003).

THIS SUBPOENA:

   **X**   DOES SEEK PRODUCTION OF MENTAL HEALTH RECORDS.

   _____DOES NOT SEEK PRODUCTION OF MENTAL HEALTH RECORDS.

   PLEASE EXAMINE THESE PAPERS CAREFULLY. IF YOU HAVE ANY OBJECTION TO THE PRODUCTION OF THESE DOCUMENTS YOU MUST FILE A MOTION FOR A PROTECTIVE ORDER OR A MOTION TO QUASH THE SUBPOENA NO LATER THAN THIRTY (30) DAYS FROM THE DATE THIS NOTICE IS MAILED. FOR EXAMPLE, A PROTECTIVE ORDER MAY BE GRANTED IF THE RECORDS ARE NOT RELEVANT TO THE ISSUES IN THIS CASE, THIS REQUEST UNDULY INVADES YOUR PRIVACY, OR CAUSES YOU SPECIFIC HARM.

699881 (1137-68)

ALSO ATTACHED TO THIS NOTICE ARE COPIES OF THE SUBPOENA, NOTICE TO TAKE DEPOSITION *DUCES TECUM* ISSUED FOR THESE RECORDS.

Respectfully submitted,

*/s/ Thomas V. Monahan*
Thomas V. Monahan, Jr. (Bar No. 04471)
Adam Kelley (Bar No. 483729)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000 Tel.; (410) 783-4040 Fax
**Attorneys for the Defendants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Notice and the attached Subpoena, Notice To Take Deposition *Duces Tecum* issued for these records and HIPAA NOTICE: Pursuant to 42 C.F.R. §164.512 (e), et seq. (2003) were mailed, via certified mail, postage prepaid, this 14<u>th</u> day of October 2005, to:

> Ms. Joan Esnayra
> c/o Donald A. Clower, Esquire
> Clower & Clarke
> 601 Pennsylvania Avenue N.W.
> The Pennsylvania, Suite 205
> Washington, D.C. 20004
> **Attorneys for the Plaintiffs**

> _____
> Thomas V. Monahan, Jr. (Bar No. 04471)
> Adam Kelley (Bar No. 483729)
> Goodell, DeVries, Leech & Dann, LLP
> One South Street, 20th Floor
> Baltimore, Maryland 21202
> (410) 783-4000 Tel.; (410) 783-4040 Fax
> **Attorneys for the Defendants**

cc:  Richard Davis Greenberg, M.D.
 2112 F Street N.W., Suite 604
 National Neuroscience Assoc.
 Washington, D.C. 20037

3