IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN ESNAYRA | ) |
| | ) |
| Plaintiff, | )  Case No.  05-CV-1501 (CKK) |
| | ) |
| v. | ) |
| | ) |
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

On Plaintiff's Motion for Protective Order, and for good cause shown, it is therefore this _____ day of _____, 2005,

ORDERED that Plaintiff's motion is granted and that the defendants are prohibited from obtaining any records from Richard Davis Greenberg, MD, concerning or mentioning the plaintiff, Joan Esnayra, or referring to her in any manner.

_____
JUDGE