# EXHIBIT 1

Case 1:05-cv-01501-CKK    Document 13-2    Filed 11/15/2005    Page 1 of 13

# GOODELL, DEVRIES, LEECH & DANN, LLP
ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202
http://www.gdldlaw.com

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

KATHERINE A. KINHART
KAK@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4988

October 14, 2005

**Via Certified Mail**

Custodian of Records
Richard Davis Greenberg, M.D.
2112 F Street N.W., Suite 604
National Neuroscience Assoc.
Washington, D.C. 20037

Re:  **Esnayra v. George Washington University Hospital, et al.**
     **Notice of Subpoena and Notice to Take Deposition *Duces Tecum***

Dear Custodian:

Enclosed please find a subpoena issued by the District Court for the District of Columbia, for deposition on November 29, 2005. This subpoe[na is for the purpose of] obtaining a copy of all records pertaining to **Joan Esn**[ayra, DOB ...-..-]**9202.** If the requested records are produced before [the deposition, a] representative of Richard Davis Greenberg, M.D. need n[ot appear.]

**Please note that we do not expect you to act** [until 30 days have] **passed, as set forth below. We will re-send all o**[f these documents upon] **expiration of the thirty-day objection period.**

In compliance with the *Health Insurance Por*[tability Accountability Act] ("HIPAA"), 42 USC §1320(d) *et seq.*, a copy of the Sub[poena Duces] *Tecum* and Patient Subpoena Notice Form is simulta[neously sent to Ms.] Esnayra. Upon expiration of the 30-day deadline in v[which Ms. Esnayra] can raise objections to the disclosure of these records, [we will provide you] a written "Certification of Satisfactory Assurances."

[Certified Mail Receipt addressed to:]
Ms. Joan Esnayra
c/o Donald A. Clower, Esquire
Clower & Clarke
601 Pennsylvania Avenue N.W.
The Pennsylvania, Suite 205
Washington, D.C. 20004

699826 (1137-68)

# GOODELL, DEVRIES, LEECH & DANN, LLP
### ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202
http://www.gdldlaw.com

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

KATHERINE A. KINHART
KAK@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4988

October 14, 2005

**Via Certified Mail**

Custodian of Records
Richard Davis Greenberg, M.D.
2112 F Street N.W., Suite 604
National Neuroscience Assoc.
Washington, D.C. 20037

    Re:   <u>Esnayra v. George Washington University Hospital, et al.</u>
           **Notice of Subpoena and Notice to Take Deposition** *Duces Tecum*

Dear Custodian:

    Enclosed please find a subpoena issued by the District Court for the District of Columbia, for deposition on November 29, 2005. This subpoena has been issued for the purpose of obtaining a copy of all records pertaining to **Joan Esna**... DOB: 6/5/1964; SSN: 535-82-**9202**. If the requested records are produced before N... representative of Richard Davis Greenberg, M.D. need not...

    **Please note that we do not expect you to act o**... **passed, as set forth below. We will re-send all of** ... **expiration of the thirty-day objection period.**

    In compliance with the *Health Insurance Port*... ("HIPAA"), 42 USC §1320(d) *et seq.*, a copy of the Sub[poena Duces] *Tecum* and Patient Subpoena Notice Form is simultan[eously being sent to Joan] Esnayra. Upon expiration of the 30-day deadline in w[hich Joan Esnayra] can raise objections to the disclosure of these records, I v[...] a written "Certification of Satisfactory Assurances."



699826 (1137-68)

# GOODELL, DEVRIES, LEECH & DANN, LLP
### ATTORNEYS AT LAW
ONE SOUTH STREET, 20TH FLOOR
BALTIMORE, MARYLAND 21202
http://www.gdldlaw.com

TELEPHONE (410) 783-4000

FACSIMILE (410) 783-4040

KATHERINE A. KINHART
KAK@GDLDLAW.COM
WRITER'S DIRECT NUMBER
410-783-4988

October 14, 2005

**Via Certified Mail**

Custodian of Records
Richard Davis Greenberg, M.D.
2112 F Street N.W., Suite 604
National Neuroscience Assoc.
Washington, D.C. 20037

Re:   **Esnayra v. George Washington University Hospital, et al.**
      **Notice of Subpoena and Notice to Take Deposition *Duces Tecum***

Dear Custodian:

Enclosed please find a subpoena issued by the District Court for the District of Columbia, for deposition on November 29, 2005. This subpoena has been issued for the purpose of obtaining a copy of all records pertaining to **Joan Esnayra, DOB: 6/5/1964; SSN: 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.** If the requested records are produced before November 28, 2005 to this office, a representative of Richard Davis Greenberg, M.D. need not appear for deposition.

**Please note that we do not expect you to act on this subpoena until thirty days has passed, as set forth below. We will re-send all of the enclosed materials to you upon expiration of the thirty-day objection period.**

In compliance with the *Health Insurance Portability and Accountability Act* of 1996 ("HIPAA"), 42 USC §1320(d) *et seq.*, a copy of the Subpoena, Notice to Take Deposition *Duces Tecum* and Patient Subpoena Notice Form is simultaneously being sent to counsel for Joan Esnayra. Upon expiration of the 30-day deadline in which the patient or the patient's counsel can raise objections to the disclosure of these records, I will forward to the Custodian of Records, a written "Certification of Satisfactory Assurances." Upon your receipt of this Certification,

699826 (1137-68)

## GOODELL, DEVRIES, LEECH & DANN, LLP

October 14, 2005
Page 2


please <u>mail</u> the records to my attention in a timely manner. This action constitutes acceptable compliance with the aforementioned Notice to Take Deposition and Subpoena *Duces Tecum*.

Should you have any questions, please do not hesitate to contact me at the direct dial number listed above.

Very truly yours,

*[signature]*

Katherine A. Kinhart
Paralegal to Adam Kelly, Esquire
Counsel to District Hospital Partners, LP,
Defendant

KAK;vld
Enclosures

cc:   Adam Kelly, Esquire (w/ encls.)
      Donald A. Clower, Esquire (w/ encls.) Plaintiffs' counsel,
      Clower & Clarke, 601 Pennsylvania Avenue N.W., The Pennsylvania,
      Suite 205, Washington, D.C. 20004

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# United States District Court
## DISTRICT OF COLUMBIA

JOAN ESNAYRA
    Plaintiff

V.

George Washington University Hospital, et al.
To:    Defendants

SUBPOENA IN A CIVIL CASE

CASE NUMBER: 1 05CV01501

Custodian of Records, Richard Davis Greenberg, M.D., 2112 F St., NW, Suite 604, National Neuroscience Assoc., Washington, D.C. 20037

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE Goodell, DeVries, Leech & Dann, LLP, One South St., 20th Flr., Baltimore, MD 21202 | DATE AND TIME 11:30 a.m. 11/29/05, Tuesday |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

    Any organization not a party to this suit is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *Thomas V. Monahan* | DATE 10/14/05 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER Thomas V. Monahan, Jr., Adam Kelley, Goodell, DeVries, Leech & Dann, LLP, One South St., 20th Flr., Baltimore, MD 21202 (410) 783-4000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

1 If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                     Date

_____
Signature of Server

_____
Address of Server

---

RULE 45, Federal Rules of Civil Procedure, Part C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney In breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit Inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. if objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. if objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who Is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance:

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, Is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3) (B) (iii) of this rule, such a person may In order to attend trial be commanded to travel from any such place within the state in which the trial Is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies. or

(vi) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial Information, or

(ii) requires disclosure of an un-retained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena. quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that Cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories In the demand.

(2) when information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN ESNAYRA | * | Judge Colleen Kollar-Kotelly |
| Plaintiff | * | Case No.: 1:05CV01501 |
| v. | * | Deck Type: Personal Injury/ Malpractice |
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, *et al.* | * | |
| | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * *

### NOTICE TO TAKE DEPOSITION DUCES TECUM

Notice is hereby given pursuant to the Federal Rules of Civil Procedure that the oral deposition for the purposes of discovery will be taken of:

**Name:**   **Richard Davis Greenberg, M.D.**

**Time:**   **11:30 a.m.**

**Date:**   **Tuesday, November 29, 2005**

at the time indicated above, at the offices of Goodell, DeVries, Leech and Dann, LLP, One South Street, 20th Floor, Baltimore, Maryland 21202, before an officer duly authorized by law to administer the oath. On the above-referenced date, the deponent is directed to produce any and all documents pertaining to Joan Esnayra, DOB: 6/5/1964; SSN: 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, for the purpose of inspection and photocopying, including by way of example, but not limited to, the following:

> any and all medical records, or other documents or materials concerning care rendered, bills submitted, bills paid, medical records, correspondence with Joan Esnayra, Joan Esnayra's provider(s), or legal counsel, notes regarding telephone conversations, progress notes, operative notes and records, lab/pathology reports, radiology reports, consultations, physical or occupational therapy notes and records, charts, graphs and any other documents in your possession pertaining to the above-referenced individual.

699860 (1137-68)

HIPAA NOTICE: Pursuant to 42 C.F.R. §164.512 (e), et seq. (2003), 42 USC §1320(d) et. seq., you are hereby advised that a copy of this Notice of Deposition and Subpoena has been provided to counsel for the individual (Joan Esnayra) or to the individual directly, if pro-se, and includes sufficient information about the litigation or proceeding in which the protected health information is requested to permit the individual to raise an objection to the court or administrative tribunal. The date upon which records must be produced in response to this Notice of Deposition and Subpoena permits the individual sufficient time to raise objections to the court or administrative tribunal and a response is required by said response date if no objections are filed or if all objections filed by the individual have been resolved by the court or the administrative tribunal and the disclosures being sought are consistent with such resolution. Further, the records requested by this Notice of Deposition and Subpoena will not be used for any purpose other than the litigation or proceeding for which such information was requested and will be returned to the covered entity or destroyed at the end of the litigation or proceeding.

The medical condition/care of Joan Esnayra has been placed at issue in this litigation, and accordingly, all medical, insurance and billing records of the patient are required and relevant to respond to this subpoena.

In lieu of appearing at the deposition, you may arrange to have the requested records delivered to the attention of <u>Katherine A. Kinhart, Paralegal, Goodell, DeVries, Leech & Dann, LLP, One South Street, 20th Floor, Baltimore, Maryland 21202 on or before November 28, 2005</u>.

Respectfully submitted,

_____
Thomas V. Monahan, Jr. (Bar No. 04471)
Adam Kelley (Bar No. 483729)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000 Tel.; (410) 783-4040 Fax
**Attorneys for the Defendants**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice to Take Deposition *Duces Tecum*, with the attached subpoena was mailed, via certified mail, postage prepaid, this 14<u>th</u> day of October 2005, to:

>Ms. Joan Esnayra
>c/o Donald A. Clower, Esquire
>Clower & Clarke
>601 Pennsylvania Avenue N.W.
>The Pennsylvania, Suite 205
>Washington, D.C. 20004
>**Attorneys for the Plaintiffs**

>*/s/ Thomas V. Monahan*
>Thomas V. Monahan, Jr. (Bar No. 04471)
>Adam Kelley (Bar No. 483729)
>Goodell, DeVries, Leech & Dann, LLP
>One South Street, 20th Floor
>Baltimore, Maryland 21202
>(410) 783-4000 Tel.; (410) 783-4040 Fax
>**Attorneys for the Defendants**

cc: Richard Davis Greenberg, M.D. (w/ encls.)
2112 F St. N.W., Suite 604
National Neuroscience Assoc.
Washington, D.C. 20037

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN ESNAYRA | * | Judge Colleen Kollar-Kotelly |
| Plaintiff | * | Case No.: 1:05CV01501 |
| v. | * | Deck Type: Personal Injury/ Malpractice |
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE TO JOAN ESNAYRA
IN COMPLIANCE WITH HIPAA NOTICE:
<u>Pursuant to 42 C.F.R. § 164.512(e), *et seq.* (2003), 42 USC § 1320(d), *et. seq.*</u>**

TAKE NOTE THAT MEDICAL/INSURANCE RECORDS REGARDING JOAN ESNAYRA, HAVE BEEN SUBPOENAED FROM RICHARD DAVIS GREENBERG, M.D., PURSUANT TO THE ATTACHED SUBPOENA AND HIPAA NOTICE: Pursuant to 42 C.F.R. § 164.512(e), *et seq.* (2003).

THIS SUBPOENA:

__**X**__ DOES SEEK PRODUCTION OF MENTAL HEALTH RECORDS.

_____ DOES NOT SEEK PRODUCTION OF MENTAL HEALTH RECORDS.

PLEASE EXAMINE THESE PAPERS CAREFULLY. IF YOU HAVE ANY OBJECTION TO THE PRODUCTION OF THESE DOCUMENTS YOU MUST FILE A MOTION FOR A PROTECTIVE ORDER OR A MOTION TO QUASH THE SUBPOENA NO LATER THAN THIRTY (30) DAYS FROM THE DATE THIS NOTICE IS MAILED. FOR EXAMPLE, A PROTECTIVE ORDER MAY BE GRANTED IF THE RECORDS ARE NOT RELEVANT TO THE ISSUES IN THIS CASE, THIS REQUEST UNDULY INVADES YOUR PRIVACY, OR CAUSES YOU SPECIFIC HARM.

699881 (1137-68)

ALSO ATTACHED TO THIS NOTICE ARE COPIES OF THE SUBPOENA, NOTICE TO TAKE DEPOSITION *DUCES TECUM* ISSUED FOR THESE RECORDS.

Respectfully submitted,

_____
Thomas V. Monahan, Jr. (Bar No. 04471)
Adam Kelley (Bar No. 483729)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000 Tel.; (410) 783-4040 Fax
**Attorneys for the Defendants**

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Notice and the attached Subpoena, Notice To Take Deposition *Duces Tecum* issued for these records and HIPAA NOTICE: Pursuant to 42 C.F.R. §164.512 (e), et seq. (2003) were mailed, via certified mail, postage prepaid, this 14th day of October 2005, to:

>Ms. Joan Esnayra
>c/o Donald A. Clower, Esquire
>Clower & Clarke
>601 Pennsylvania Avenue N.W.
>The Pennsylvania, Suite 205
>Washington, D.C. 20004
>**Attorneys for the Plaintiffs**

*(signature)*
Thomas V. Monahan, Jr. (Bar No. 04471)
Adam Kelley (Bar No. 483729)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000 Tel.; (410) 783-4040 Fax
**Attorneys for the Defendants**

cc: Richard Davis Greenberg, M.D.
2112 F Street N.W., Suite 604
National Neuroscience Assoc.
Washington, D.C. 20037

3