# EXHIBIT 4



# The Healing Power of the Human-Animal Bond

## Companion Animals and Society

June 2nd, 3rd and 4th, 2005        Hollywood, California



:x: Home  :x: Registration  :x: Speakers  :x: Conference Schedule  :x: FAQ  :x: Contact ::

---

:: CONFIRMED SPEAKERS

### LYNETTE HART, PH.D
**UNIVERSITY OF CALIFORNIA DAVIS**

Lynette Hart served as a long-term member of the Board of the Delta Society and is the recent past President of the International Society for Anthrozoology. As Professor in the Department of Public Health and Reproduction a University of California at Davis, School of Veterinary Medicine, USA, she conducts research in both human-anir interactions and animal behavior, as well as ways that animals shape human behavior and emotions. The socializing benefits of animals and the profound effects of pet loss are emphasized. Dr Hart is a founding Directo of the UC Center for Animal Alternatives, which develops new user-friendly, web based tools from librarians to tl fields of animal alternatives, animal welfare and human-animal interactions.

### REBECCA JOHNSON, RN, PH.D
**UNIVERSITY OF MISSOURI**

Professor, Sinclair School of Nursing

Rebecca Johnson, Millsap Professor of Gerontological Nursing & Public Policy at the MU Sinclair School of Nursing and Associate Director for Research of the MU Center of Excellence on Aging, also serves as an associate professor in the Department of Veterinary Medicine & Surgery. In the College of Veterinary Medicine, she is the Associate Director for Research with their Center for the Study of Animal Wellness. She is widely knov for her research on relocation of older adults and is also working in the area of the human/animal bond conductii studies pertaining to animals and older adults. Her work in this area arises from a deep commitment to promotin quality of life for our growing older adult population.

### LARRY NORVELL
**THE DELTA SOCIETY**

Delta Society is an international not-for-profit organization that aims to improve human health through service ar therapy animals.

Larry comes to Delta Society from United Way of the Columbia-Willamette in Portland, OR where he has been their CEO for the past 8 years. He has been a United Way professional since 1972 and held leadership position: Columbus and Cincinnati, OH, Orlando, FL, and most recently Portland. A life-long lover of animals, Larry has h. five dogs, three cats, five wild rabbits, two guinea pigs, five chickens, a duck, two birds, two turtles and fish over the years as pets.

### ELIZABETH PIERSON, ESQ.
### PRESIDENT/CEO AND GENERAL COUNCIL FOR THE FAIR HOUSING COUNCIL OF ORANGE COUNTY

As an attorney specializing in fair housing cases, Ms. Pierson has been recognized nationally as an expert on fa housing issues and has also been called as an expert witness in fair housing cases. She is also currently a member of the National Fair Housing Alliance and the Orange County Women Lawyers Association. Ms. Pierson has developed numerous educational programs for housing providers covering fair housing topics, management Section 8 as well as general landlord/tenant law seminars. In addition, Ms. Pierson has participated as a speake at numerous national and local conferences concerning housing issues.

### GARY RHOADES
### PRIVATE LITIGATOR

Gary W. Rhoades is a private litigator in practice in Los Angeles. He graduated from the University of California-Davis King Hall School of Law in 1993 and was a staff and managing attorney at Legal Services of Northern California for seven years. In 2000, Mr. Rhoades founded the litigation department at the Southern California Housing Rights Center and served as HRC's Litigation Director until October of 2003 when he opened his own l practice. He has represented numerous plaintiffs and public interest organizations in fair housing, fair lending, ci rights, and consumer rights cases. He is a partner at Rhoades & Al-Mansour.

### GRETCHEN WYLER
### ARK TRUST/HUMANE SOCIETY OF THE UNITED STATES

Gretchen Wyler's theatrical career spans 50 years and encompasses eight Broadway shows, including the origin "Guys and Dolls," "Silk Stockings," "Damn Yankees," "Bye Bye Birdie" and "Sly Fox" with George C. Scott; and "Sweet Charity" in London. She has appeared in many television series and films, as well as countless club and concert appearances, including the Copacabana and Carnegie Hall in New York City.

Of equal significance to Gretchen's theatrical career are her nearly 4 decades of tireless devotion to animal-right issues. Throughout her animal-advocacy career, Ms. Wyler has served as a board member of 13 animal organizations. In 1991 she founded The Ark Trust, which among other activities presents the annual Genesis Awards, honoring members of the major news and entertainment media who have helped raise consciousness about the vast spectrum of animal issues. Recently the organization joined forces with the Humane Society of th United States, and Gretchen now runs the Hollywood office of the HSUS.

She currently shares her home with her dog Mocha, 4 cats, 2 horses and many rabbits.

### JOAN ESNAYRA, PH.D
### PRESIDENT, PSYCHIATRIC SERVICE DOG SOCIETY

Joan Esnayra. is President of the Psychiatric Service Dog Society (www.psychdog.org), a nonprofit organization devoted to Psychiatric Service Dog education, advocacy, research, and training facilitation. Dr. Esnayra coined t term, 'Psychiatric Service Dog' in October 1997 and founded an online community devoted to the articulation of Psychiatric Service Dog assistance. She founded the Psychiatric Service Dog Society in September 2002, in collaboration with her clinical and research colleagues, and out of recognition for the need to establish a legitima research base on the Psychiatric Service Dog therapeutic model. Currently, she is fundraising for the purpose of launching the first-ever randomized clinical trial of Psychiatric Service Dog assistance. Through the society, Dr. Esnayra has assisted over 2,500 individuals in their efforts to learn about and train a Psychiatric Service Dog. Sl is invited to speak publicly and on a regular basis, across the U.S. and internationally. She has authored a numb of articles on Psychiatric Service Dogs, been interviewed by writers and reporters on the subject, and was featur with her own Psychiatric Service Dog named "Wasabe", on the show 'Dogs with Jobs', which is sponsored by National Geographic. Dr. Esnayra lives openly with severe bipolar disorder and Post Traumatic Stress Disorder. Her doctoral degree in Biology is from University of California San Diego, and her Bachelor's degree in Philosop is from University of Washington, in Seattle. She resides in the Washington, DC metro area and works as a

Program Officer at the National Academies of Science.

### DR. PAMELA CARLISTLE-FRANK
### PRESIDENT, FIREPAW

Dr. Pamela Carlisle-Frank is the president and cofounder of the Foundation of Interdisciplinary Research & Education Promoting Animal Welfare [FIREPAW], a 501(c)(3) charitable nonprofit organization dedicated throug research and education to stop animal suffering. She was trained as a behavioral and social scientist and her wo focuses on the various psychological, social and cultural factors affecting attitudes and behaviors directed towar animals. Together with Dr. Joshua M. Frank, ED and co-founder, their recent work has included researching attitudes, beliefs and behaviors toward companion animals of violent and non-violent families and between batterers who abuse the family pet and those batterers who never touch their pets, a national study on the factor affecting the availability of pet-friendly rental housing, research on the economic and social factors surrounding breed discrimination by insurance companies, a national study of the attitudinal and behavioral differences surrounding those who consider themselves companion animal guardians versus those who view themselves as pet owners, and ongoing research and data analyses on programs to end companion animal overpopulation with California-based Maddie's Fund. FIREPAW principals offer ongoing research, statistical analyses, training and consulting services to animal welfare and animal rights organizations across the country.

### JUDITH SIEGEL, PH.D
### UNIVERSITY OF CALIFORNIA AT LOS ANGELES

Judith M. Siegel is a faculty member in the School of Public Health at UCLA. She earned a Ph.D. in social psychology in 1977 and a post-doctoral masters degree in epidemiology in 1981. Her research is concerned with the relationship between stress and health, both physical and mental. She is interested in the potential of the human-animal bond to moderate the impact of stress on health behavior or health status. She teaches graduate courses in social epidemiology and health-related behavior change.

A Conference Presented By:




San Francisco
415-241-1460
www.pawssf.org

Los Angeles
323-876-7297
www.pawsla.org

Dog Six Design