IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN ESNAYRA, ) | |
| ) | |
| Plaintiff, ) | Case No. 05-CV-1501 (CKK) |
| ) | |
| v. ) | |
| ) | |
| GEORGE WASHINGTON UNIVERSITY ) | |
| HOSPITAL, et al., ) | |
| ) | |
| Defendants. ) | |

### PRAECIPE

COMES NOW the plaintiff, by counsel, and files by ECF Plaintiff's Exhibit A to her Reply and "Response and Opposition regarding Plaintiff's Motion for a Protective Order, which is an Affidavit of Richard Greenberg, MD.

                                                   Respectfully submitted,

                                                   CLOWER & CLARKE

Date: November 30, 2005        By: _____
                                                       KAY M. CLARKE, #443477
                                                       601 Pennsylvania Avenue, NW
                                                       The Pennsylvania Suite 205
                                                       Washington, D.C. 20004
                                                       (202) 638-0086
                                                       Attorney for Plaintiff