# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN ESNAYRA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GEORGE WASHINGTON UNIVERSITY ) <br> HOSPITAL, et al., ) <br> ) <br> Defendants. ) | Case No.  05-CV-1501 (CKK) |

## AFFIDAVIT OF RICHARD GREENBERG, M.D.

1. I am a Board Certified psychiatrist and am a Distinguished Fellow of the American Psychiatric Association. I have been practicing in the District of Columbia since 1976.

2. I have been Joan Esnayra's psychiatrist since July 3, 2001.

3. I have reviewed the affidavit of Mark Komrad, M.D. filed herein.

4. In response and in support of Plaintiff's Motion requesting that Ms. Esnayra's records in my office be protected from discovery by the defendants herein, I state the following: a) Ms. Esnayra does not suffer from a personality disorder; b) Ms. Esnayra has no documented history of malingering; c) Ms. Esnayra does not conflate her conditions or symptoms; d) Ms. Esnayra has not suffered a psychotic or dissociative episode either before, on or after August 1, 2004; e) Ms. Esnayra has not suffered a manic episode since I began treating her.

1

5. I met with Ms. Esnayra soon after the incident of August 1, 2004, at the George Washington University Hospital and discussed the events with her. Her response to such was deliberate, rational and reasonable in light of the history she gave me.

6. As a result of the August 1, 2004, incident, Ms. Esnayra did not require any change in medication.

7. My records of treatment of Ms. Esnayra have no bearing upon what occurred on August 1, 2004, and contain highly sensitive and personal information which is irrelevant to the incident of August 1, 2004. The release of my records of treatment will not provide Dr. Komrad or any other psychiatrist with any evidence that Ms. Esnayra has ever suffered from a psychotic or dissociative episode at any time.

November 22, 2005

_____
RICHARD GREENBERG, M.D., D.F.A.P.A.
2112 F Street, NW, Suite 604
Washington, D.C. 20037-2761
(202) 785-1836

District of Columbia, ss

under oath

Subscribed and sworn to before me, a Notary Public, this 22 day of November, 2005.

_____
Notary Public

KAY M. CLARKE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 30, 2007