**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOAN ESNAYRA )<br>)<br>v. )<br>)<br>)<br>GEORGE WASHINGTON UNIVERSITY )<br>HOSPITAL, ET AL. )<br>) | Case No. 1:05CV01501 |

**PLAINTIFF'S SECOND MOTION FOR PROTECTIVE ORDER**

COMES NOW the plaintiff, by counsel, and moves this Court again for a protective order prohibiting the release of records from Dr. Richard Greenberg to the defendants. In support of her motion, plaintiff requests the Court's attention to the following Memorandum of Points and Authorities.

Respectfully submitted,

CLOWER & CLARKE

DATE: January 6, 2006          By: _____
KAY M. CLARKE, #443477
601 Pennsylvania Avenue, NW
The Pennsylvania Suite 205
Washington, D.C.  20004
(202) 638-0086
Counsel for Plaintiff

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff had previously filed a Motion for Protective Order as to records subpoenaed from Dr. Richard Greenberg by the defendant, George Washington University Hospital. This motion has not been ruled upon.  Despite plaintiff's motion, which requested that no records be released to any defendant from Dr. Richard Greenberg, the

defendant, Medical Faculty Associates, has now subpoenaed records from Dr. Greenberg.

Plaintiff is forced to file yet another motion requesting the same relief. Attached as

Plaintiff's Exhibit A is the affidavit of Richard Greenberg, MD. Attached as Plaintiff's

Exhibit B is the subpoena issued to Dr. Greenberg by Medical Faculty Associates.

Plaintiff incorporates by reference all filings related to Plaintiff's Motion for

Protective Order filed on or about November 1, 2005, and requests that the subpoena

issued to Dr. Richard Greenberg by Medical Faculty Associates on December 8, 2005, be

quashed and protective order as to his records be issued, prohibiting the release of his

records to the defendants in this matter.

Respectfully submitted,

CLOWER & CLARKE

DATE: January 6, 2006                    By:  _____
                                              KAY M. CLARKE, #443477
                                              601 Pennsylvania Avenue, NW
                                              The Pennsylvania Suite 205
                                              Washington, D.C. 20004
                                              (202) 638-0086
                                              Counsel for Plaintiff

2