### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN ESNAYRA | ) |
| | ) |
| v. | ) Case No. 1:05CV01501 |
| | ) |
| | ) |
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, ET AL. | ) |
| | ) |
| | ) |

### PRAECIPE ENTERING APPEARANCE

The Clerk will please enter the appearance of the undersigned, as lead counsel, on behalf of Defendant Medical Faculty Associates, Inc., in the above-entitled matter, along with co-defense counsel, Matthew P. Maloney, who will also remain as co-counsel of record in this case on behalf of Defendant Medical Faculty Associates, Inc.

Respectfully submitted,

GLEASON, FLYNN, EMIG, &
FOGLEMAN, CHARTERED

　　　/s/ James P. Gleason, Jr.
　　　/s/ Matthew P. Maloney
James P. Gleason, Jr. #291005
Matthew P. Maloney, #434242
11 N. Washington Street, Suite # 400
Rockville, Maryland  20850
(301) 294-2110
(fax) (301) 294-0737

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Document was electronically mailed, this __10___ day of January, 2006, to:

Donald A. Clower, Esq.
Kay M. Clarke, Esq.
Clower & Clark
601 Pennsylvania Ave., NW
The Pennsylvania Suite 205
Washington, DC 20004

Thomas Monahan, Esq.
Adam Kelley, Esq.
Goodell, DeVries, Leech & Gray, LLP
One South Street
20th Floor
Baltimore, MD 21202

_____/s/ James P. Gleason, Jr._____
_____/s/ Matthew P. Maloney_____
James P. Gleason, Jr.
Matthew P. Maloney