IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN ESNAYRA ) | |
| ) | |
| Plaintiff, ) | Case No.   05-CV-1501 (CKK) |
| ) | |
| v. ) | |
| ) | |
| GEORGE WASHINGTON UNIVERSITY ) | |
| HOSPITAL, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S SUR-REPLY TO DEFENDANT'S SUPPLEMENTAL REPLY TO MOTION FOR PROTECTIVE ORDER AND RESPONSE AND OPPOSITION TO MOTION FOR QUALIFIED PROTECTIVE ORDER**

COMES NOW the plaintiff, by counsel, and sur-replies to the Supplemental Reply filed by George Washington University Hospital (G.W.U.H.) as to Plaintiff's Motion for Protective Order as follows.

G.W.U.H. avers that because plaintiff has identified Dr. Richard Greenberg and Dr. Patricia Fisher as experts who will testify specifically that plaintiff did not suffer a psychotic or disassociate episode on August 1, 2004, that plaintiff's entire medical file with both providers should be open to review. This averment is made despite Dr. Greenberg's affidavit stating that there is nothing in his records to assist the defense in proving that plaintiff did suffer a psychotic or disassociate episode on August 1, 2004. Plaintiff in no wise opened the door to the release of Dr. Greenberg's records (or Dr. Fisher's) by identifying him to testify to a very specific fact/conclusion, that being there

1

was no psychotic or dissociative episode on August 1, 2004.

WHEREFORE, plaintiff requests a Protective Order of this Court quashing the subpoena issued to Dr. Greenberg and the prohibition of the release of Dr. Greenberg's medical records regarding the plaintiff to the defendants in this matter.

Respectfully submitted,

CLOWER & CLARKE

Date:   January 17, 2006          By:   _____
                                        KAY M. CLARKE, #443477
                                        601 Pennsylvania Avenue, NW
                                        The Pennsylvania Suite 205
                                        Washington, D.C.  20004
                                        (202) 638-0086
                                        Attorney for Plaintiff