**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOAN ESNAYRA | * | Judge Colleen Kollar-Kotelly |
|    Plaintiff | * | |
| v. | | Case No. 1:05CV01501 |
| | * | |
| | * | Deck Type: Personal Injury/ |
| GEORGE WASHINGTON UNIVERSITY | * | Malpractice |
| HOSPITAL, ET AL. | * | |
|    Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE TO JOAN ESNAYRA
IN COMPLIANCE WITH HIPPA NOTICE:
Pursuant to 42 C.F.R. § 164.512(e), *et. seq.* (203), 42 USC § 1320(d), *et. seq.*__**

TAKE NOTE THAT MEDICAL/INSURANCE RECORDS REGARDING JOAN ESNAYRA, HAVE BEEN SUBPOENAED FROM CUSTODIAN OF RECORDS, RICHARD DAVIS GREENBERG, M.D., PURSUANT TO THE ATTACHED SUBPOENA AND HIPPA NOTICE: Pursuant to 42 C.F.R. § 164.512(e), *et seq.* (2003).

    THIS SUBPOENA:

___X___ DOES SEEK PRODUCTION OF MENTAL HEALTH RECORDS

_____ DOES NOT SEEK PRODUCTION OF MENTAL HEALTH RECORDS.

PLEASE EXAMINE THESE PAPERS CAREFULLY. IF YOU HAVE ANY OBJECTION TO THE PRODUCTION OF THESE DOCUMENTS YOU MUST FILE A MOTION FOR A PROTECTIVE ORDER OR A MOTION TO QUASH THE SUBPOENA NO LATER THAN THIRTY (30) DAYS FROM THE DATE THIS NOTICE IS MAILED. FOR EXAMPLE, A PROTECTIVE ORDER MAY BE GRANTED IF THE RECORDS ARE NOT RELEVANT TO THE ISSUES IN THIS CASE, THIS REQUEST UNDULY INVADES YOUR PRIVACY, OR CAUSES YOU SPECIFIC HARM.

ALSO ATTACHED TO THIS NOTICE ARE COPIES OF THE SUBPOENA, AND NOTICE TO TAKE DEPOSITION *DUCES TECUM* ISSUED FOR THESE RECORDS.

Respectively submitted,

_____
James P. Gleason, Jr. # 291005

_____
Matthew P. Maloney, #434242
11 N. Washington Street
Suite # 400
Rockville, Maryland 20850
(301) 294-2110

**Counsel for Defendant**
**Medical Faculty Associates Inc.**

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that copies of the foregoing Notice, the Subpoena, Notice of Deposition Duces Tecum issued for these records and the HIPPA NOTICE: Pursuant to 42 C.F.R. § 164.512(e), et seq. (2003) were mailed, via certified mail, postage prepaid, this _____ day of December 2005 to:

Ms. Joan Esnayra
c/o Donald A. Clower, Esq.
Kay M. Clarke, Esq.
Clower & Clark
601 Pennsylvania Ave., NW
The Pennsylvania Suite 205
Washington, DC 20004


Thomas V. Monahan, Esquire
Adam Kelley, Esquire
Goodell Devries Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202


_____
Matthew P. Maloney