IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOAN ESNAYRA, ) | |
| ) | |
| Plaintiff, ) | Case No.  05-CV-1501 (CKK) |
| ) | |
| v. ) | |
| ) | |
| GEORGE WASHINGTON UNIVERSITY ) | |
| HOSPITAL, et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MORE DEFINITE STATEMENT AS TO COUNT II OF THE COMPLAINT**

COMES NOW the plaintiff, by counsel, and files a more definite statement as to Count II of the Compliant.   By their actions as complained of the defendants, and each of them, violated 42 U.S. Code 290ii, the Emergency Medical Treatment and Labor Act (42 USC § 1395dd,) and 42 USC § 12182.

                                                                     Respectfully submitted,

                                                                     CLOWER & CLARKE

Date:   January 27, 2006        By:   _____
                                                      KAY M. CLARKE, #443477
                                                      601 Pennsylvania Avenue, NW
                                                      The Pennsylvania Suite 205
                                                      Washington, D.C.  20004
                                                      (202) 638-0086
                                                      Attorney for Plaintiff