UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN ESNAYRA,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE WASHINGTON UNIVERSITY HOSPITAL, *et al.*,<br><br>    Defendants. | Civil Action No. 05–1501 (CKK) |

**ORDER**
(February 7, 2006)

The above-captioned case has been referred to Magistrate Judge Alan Kay for resolution of all discovery issues relating to motions, pursuant to LCvR 72.2(a).

Accordingly, it is this 7th day of February, 2006, hereby

SO ORDERED.

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　United States District Judge