IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN ESNAYRA ) | |
| ) | |
| Plaintiff, ) | Case No.   05-CV-1501 (CKK) |
| ) | |
| v. ) | |
| ) | |
| GEORGE WASHINGTON UNIVERSITY ) | |
| HOSPITAL, et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT DISCOVERY PLAN

After conferring with defense counsel, plaintiff and defendant Medical Faculty Associates believe this Joint Discovery Plan sets forth the anticipated discovery in this case:

Plaintiff's requested discovery
    Interrogatories issued 12/15/05
    Plaintiff is unsure of when to expect responses

Plaintiff's requested depositions
    Each person identified by the defense as to contact with plaintiff on the date alleged
    Any experts proffered by the defense

Defendant Medical Faculty Associates' requested discovery:
    Defendant has served initial written discovery and may serve additional written discovery, including Requests to Admit, following the Plaintiff's deposition.

Defendant Medical Faculty Associates' requested depositions:
    The Plaintiff, the Plaintiff's significant other, the Plaintiff's treating mental health providers, the Plaintiff's treating orthopedic/neurosurgeons, all fact witnesses, the Plaintiff's damages witnesses and experts.

      3/3/06 Proponent's 26(a)(2)(B) disclosures due
           Dr. Greenberg and Dr. Fisher for plaintiff

      4/14/06 Deadline to amend pleadings

      4/28/06 Opponent's 26(a)(2)(B) disclosures due

      5/31/06 Defendants hope to conclude fact witness depositions

      6/30/06 Plaintiff hopes to conclude fact witness depositions

      7/31/06 discovery deadline

Plaintiff would also note that discovery as to experts will be affected by the pending motions regarding psychiatric records. The parties are informed that Judge Kay has issued an Order as of February 17, 2006. Plaintiff is informed that Dr. Greenberg is on vacation until March 6, 2006, which is the 15-day deadline set by Judge Kay to turn over his records regarding the plaintiff, and counsel for the plaintiff has so informed the defendants. Plaintiff also is unable to provide Dr. Greenberg's 26(a)(2) disclosures prior to the March 3, 2006, deadline due to his unavailability and will ask for additional time to make such disclosures.

Plaintiff has requested that defendant George Washington University Hospital provide its requested inclusions into the Joint Discovery Plan and has received the February 16, 2006, e-mail, attached hereto, from counsel for this defendant. Counsel for plaintiff asked, in response, that the defendant modify this statement but counsel has not responded and might not be available. Due to the deadline to file this statement, plaintiff will file this statement along with the February 16, 2006, e-mail from defendant G.W.U.H.

as its inclusions.

                                      Respectfully submitted,

                                      CLOWER & CLARKE

Date:  February 17, 2006        By:     _____/s/_____
                                                          KAY M. CLARKE, #443477
                                                          601 Pennsylvania Avenue, NW
                                                          The Pennsylvania Suite 205
                                                          Washington, D.C.  20004
                                                          (202) 638-0086
                                                          Attorney for Plaintiff


Date:  February 17, 2006        By:     _____/s/_____
                                                          James P. Gleason, Jr.  #291005
                                                          Matthew P. Maloney  #434242
                                                          11 N. Washington St.
                                                          Suite 400
                                                          Rockville, Maryland 20850
                                                          **Counsel for Defendant Medical Faculty Associates, Inc.**