| | |
|---|---|
| Subj: | **RE: Esnayra v. GWUH and MFA** |
| Date: | 2/16/2006 10:15:37 PM Eastern Standard Time |
| From: | axk@GDLDLAW.com |
| To: | CoveloK@aol.com, jgleason@gleason-law.com |
| CC: | tvm@gdldlaw.com |

*Sent from the Internet (Details)*

In reviewing the proposed plan again, my one concern is that Defendants have to name experts and provide written expert reports prior to Plaintiff's deposition. Given the unusual circumstances of this case, I think our experts, particularly the psych experts, are going to need to read Plaintiff's depo transcript before they can render any kind of meaningful opinion and prepare a complete 26(a)(2)(B) report. I would suggest that the deposition of Joan Esnayra be moved up to mid/late March (assuming the issue of the psych records has been resolved by then), or else that the Defendants' deadline for written expert reports be moved back to late May, so that the defense experts may properly consider Plaintiff's depo testimony before the rendering of opinions and the writing of reports.

DHP is going to want to depose Plaintiff, Craig Love, multiple treating physicians and all of Plaintiff's experts. I agree that we should complete the party depos before deposing experts and the various treaters/fact witnesses.

Adam

**From:** CoveloK@aol.com [mailto:CoveloK@aol.com]
**Sent:** Wednesday, February 08, 2006 11:54 AM
**To:** jgleason@gleason-law.com; Adam Kelley
**Subject:** Esnayra v. GWUH and MFA

I've outlined our schedule for this case as follows:

Plaintiff's requested discovery
Interrogatories issued 12/15/05

Plaintiff's requested depositions
Each person identified by the defense as to contact with plaintiff on the date alleged
    Corporate designees might be necessary, depending upon answers to interrogatories
Any experts proffered by the defense

3/3/06 Proponent's 26(a)(2)(B) disclosures due
Dr. Greenberg and Dr. Fisher for plaintiff on damages only at this point

4/14/06 Deadline to amend pleadings
    Plaintiff hopes to identify the John Does

4/28/06 Opponent's 26(a)(2)(B) disclosures due
    If an issue is created as to psychotic episode, we may amend the 26(a)(2)(B) on that issue

7/31/06 discovery deadline

I would suggest party depositions, to include the John Does, in early May and expert depositions thereafter. Any thoughts? Our formal discovery plan is due 2/17/06.
Finally, were either of you succesful in downloading Document No. 27? This is the judge's standing order, I believe. I tried twice and was unable to get it through ECF or Pacer.

When shall we have a conference call with Judge Kay on the Greenberg record issue? I am in the office today and tomorrow, with a few client appointments scattered. Likely we will need an appearance in his chambers with Dr. Greenberg and his records.
Kay Clarke