IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN ESNAYRA,<br><br>    Plaintiff,<br><br>v.<br><br>GEORGE WASHINGTON UNIVERSITY HOSPITAL, et al.,<br><br>    Defendants. | Case No.  05-CV-1501 (CKK) |

## PLAINTIFF'S RULE 26(a)(2) STATEMENT

Plaintiff intends to call Dr. Richard Greenberg as an expert witness at trial in this matter as an expert in the field of psychiatry.

Dr. Greenberg is expected to testify that at the time of the incidents complained of in this matter, the plaintiff was not suffering a psychotic episode nor disassociating and was fully aware of her surroundings and the events occurring as complained of herein. Dr. Greenberg is further expected to opine that plaintiff does not suffer from a personality disorder; b) plaintiff is not a malingerer; and c) plaintiff does not conflate her conditions or symptoms.

Plaintiff attaches the affidavit of Dr. Greenberg as supplement to this statement.

Respectfully submitted,

CLOWER & CLARKE

Date: March 3, 2006       By:      _____/s/_____
                                   KAY M. CLARKE, #443477
                                   601 Pennsylvania Avenue, NW
                                   The Pennsylvania Suite 205
                                   Washington, D.C. 20004
                                   (202) 638-0086
                                   Attorney for Plaintiff