**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOAN ESNAYRA | ) |
| | ) |
| v. | ) Case No. 1:O5CVO1501 |
| | ) (CKK) |
| GEORGE WASHINGTON UNIVERSITY | ) (Magistrate Judge Kay) |
| HOSPITAL, <u>et al</u>. | ) |
| | ) |

**STIPULATION OF DISMISSAL OF COUNT II
OF PLAINTIFF'S COMPLAINT AS TO MEDICAL
FACULTY ASSOCIATES, INC. ONLY**

Plaintiff Joan Esnayra, through undersigned counsel, and pursuant to F.R.C.P. 41(a) hereby dismisses defendant Medical Faculty Associates, Inc. from Count II of her Complaint and states as follows:

1.  Plaintiff's Complaint in this matter filed July 29, 2005 asserted "civil rights" claims against defendants Medical Faculty Associates, Inc., George Washington University Hospital and John Does I through V. Plaintiff now seeks to voluntarily dismiss Medical Faculty Associates, Inc. from Count II.

2.  Plaintiff's claims asserted in Count II against all other defendants are not being dismissed and are intended to continue.

3.  Plaintiff's claims against all defendants in Count I, III, and IV are not subject to this Stipulation and are intended to continue.

4.  All parties having filed an Answer in this case are signing this Stipulation.

WHEREFORE, the Civil Clerk will please note the voluntary dismissal of

Medical Faculty Associates, Inc. from Count II of the Plaintiff's Complaint.

Respectfully submitted,

_____/s/_____
Donald A. Clower, Esq., #948885
Kay M. Clarke, Esq., #443477
Clower & Clarke
601 Pennsylvania Ave., NW
The Pennsylvania
Suite 205
Washington, DC 20004
(202) 638-0086
**Counsel for Plaintiff**

_____/s/_____
James P. Gleason, Jr., # 291005
Matthew P. Maloney, # 434242
Gleason, Flynn, Emig &
Fogleman, Chtd.
11 North Washington Street
Suite 400
Rockville, MD 20850
(301) 294-2110
**Counsel for Defendant Medical
Faculty Associates, Inc.**

_____/s/_____
Thomas V. Monahan, Jr. Esq., #04471
Adam Kelley, Esq., #483729
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD, 21202
(410) 783-4000
**Counsel for George Washington
University Hospital**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Stipulation of Dismissal was mailed, postage paid, this___20th___day of April, 2006 to:


Donald A. Clower, Esq.
Kay M. Clarke, Esq.
Clower & Clark
601 Pennsylvania Ave., NW
The Pennsylvania Suite 205
Washington, DC 20004

Thomas V. Monahan, Jr. Esq.
Adam Kelley, Esq.
Goodell, DeVries, Leech & Gray, LLP
One South Street
20th Floor
Baltimore, MD 21202


_____/s/_____
Matthew P. Maloney