IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOAN ESNAYRA | * |
|    Plaintiff | * |
| vs. | *   Case No.: 1:05CV01501 |
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, *et al.* | *   Judge: Colleen Kollar-Kotelly<br>*   Deck Type: Personal Injury/ Malpractice |
|    Defendants | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT DISTRICT HOSPITAL PARTNERS L.P.'S
RULE 26(a)(2) DISCLOSURE**

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendant District Hospital Partners, L.P. hereby identifies the following persons who have been retained to present evidence under Rules 702-705 of the Federal Rules of Evidence:

1.     **J. Andrew Sumner, M.D.**
   9708 Kenmore Drive
   Kensington, Maryland 20895

2.     **Kevin McGrail, M.D.**
   5854 Governors Hill Drive
   Alexandria, VA 22310

3.     **Paula Bruening, M.S.N.**
   8745 Baltimore Street
   Savage, Maryland 20763

4.     **Thomas Krajewski, M.D.**
   1417 Autumn Leaf Road
   Towson, Maryland 21286

5.     **Mark Komrad, M.D.**
   222 Bosley Avenue
   Suite A-3
   Towson, Maryland 21204

The Rule 26(a)(2)(B) reports for the above-named witnesses were provided to counsel for Plaintiff and all other parties on April 28, 2004. These reports were signed by each witness. In lieu of qualifications and publications, a curriculum vitae for each expert has been provided.

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, this Defendant identifies the following persons who have not been retained as experts but who may be called on to present evidence under 702-705 of the Federal Rules of Evidence:

6.  **Morris Chalick, M.D.**
    GWU Department of Psychiatry and Behavioral Sciences
    2150 Pennsylvania Avenue, NW
    Washington, DC 20037

7.  **Patricia Fisher, Ph.D.**
    1308 Pennsylvania Ave., S.E.
    Washington, D.C. 20003

Pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure, this Defendant reserves the right to elicit testimony under Rule 702-705 of the Federal Rules of Evidence from:

1.  Any individual Defendant;

2.  Any individual Plaintiff;

3.  Any other party's designated expert;

4.  Any Rule 30(b)(6) designee of any Corporate Defendant;

5.  Any agent or employee of a Corporate Defendant;

6.  Any and all treating health care providers to testify concerning standard of care, damages, causation, and any opinions they may have developed during the course of their treatment of Plaintiff; and

7.  Any person deposed in this case.

Defendants reserve the right supplement and/or amend this Expert Designation as this matter moves forward, since at the time of this filing, Defendants have not had the opportunity to depose Plaintiff or her designated expert.

Respectfully submitted,

_____
Thomas V. Monahan, Jr. (Fed. Bar #04471)
Adam Kelley (Fed. Bar #483729)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
*Attorneys for District Hospital Partners, L.P. d/b/a George Washington University Hospital*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April 2006, copies of District Hospital Partners, L.P.'s Rule 26(a)(2) Statement were filed electronically and sent to the following via facsimile and first-class mail, postage prepaid:

Kay M. Clarke, Esquire
Clower & Clarke
601 Pennsylvania Avenue NW
The Pennsylvania, Suite 205
Washington, D.C.  20004

Matthew P. Maloney, Esquire
Gleason, Flynn, Emig & Fogelman
11 N. Washington Street, Suite 400
Rockville, Maryland 20850

_____
Adam Kelley

756668