IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN ESNAYRA | * | |
| Plaintiff | * | |
| vs. | * | Case No.: 1:05CV01501 |
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, *et al.* | * | Judge: Colleen Kollar-Kotelly<br>Deck Type: Personal Injury/ Malpractice |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

**DISTRICT HOSPITAL PARTNERS, L.P.'S RULE 26(a)(2) DISCLOSURE OF EXPERT OPINION REGARDING KEVIN McGRAIL, M.D.**

Kevin McGrail, M.D.
5854 Governors Hill Drive
Alexandria, VA 22310

## QUALIFICATIONS

I am an expert in the field of neurosurgery and currently serve as the Chairman of the Department of Neurosurgery at Georgetown University School of Medicine in Washington, D.C. I am board-certified in the medical specialty of neurological surgery. I have attached to this Disclosure Statement a copy of my Curriculum Vitae identifying in greater detail my areas of expertise, experience and qualifications.

## DOCUMENTS REVIEWED

I have reviewed Joan Esnayra's pertinent medical and psychiatric records, her therapy records, her employment records, the pertinent pleadings and discovery materials filed in this case, and various materials relating to Joan Esnayra that are available on the internet. I intend to review the written transcripts and videotaped recordings from all depositions taken in this case in the future, and I have been asked to perform an independent medical examination of Joan Esnayra.

## EXHIBITS

I may refer to specific medical and/or psychiatric records, therapy records, diagnostic

films, pathology slides, medical literature, medical illustrations, employment records, internet publications, deposition transcripts, videotaped depositions, or other items to support or explain my opinions. I may also write or draw on an art pad to support, illustrate or explain my opinions.

## OPINIONS

I reserve the right to supplement my opinions once I have had the opportunity to review the depositions of the parties and the fact and expert witnesses in this case, as well as any other medical records that are produced. I base the following opinions on my review of the medical and other records that have been provided to me for review. It is my understanding that no depositions have been taken as of the date of this report. All of my opinions are expressed to a reasonable degree of medical probability.

It is my opinion that the nurses and other staff at George Washington University Hospital fully complied with the applicable standards of care when Joan Esnayra presented to the emergency room on August 1, 2004. In addition, it is my opinion that nothing that happened or did not happen during Joan Esnayra's visit to the emergency room on August 1, 2004 caused any temporary or permanent physical injury to her. The treatment rendered to her was, rather, entirely appropriate and therapeutically effective. There is no documentation that Ms. Esnayra resisted or refused the treatments in any way.

It is clear from the medical records that Ms. Esnayra presented to the emergency room in extreme physical pain. Under those circumstances, she was unable to sign the consent forms that were presented to her. It was appropriate to treat her in spite of her claimed inability to sign the consent forms. All of the medications that were given to Ms. Esnayra during her visit to the emergency room were appropriate for patients complaining of back pain, were not contraindicated in Ms. Esnayra's case, and were neither the type of medications nor of the requisite dosage to constitute a form of chemical restraint. Ms. Esnayra appeared to tolerate the medications without any type of adverse effect and there was no documentation that she, in any manner, was refusing these medications which did, in fact, relieve her pain. These medications were similar to those taken by Ms. Esnayra during previous hospitalizations without complaint.

It is clear from the medical records that Ms. Esnayra was neither abandoned nor abused during her visit to the emergency room, nor was her treatment in any way delayed. The medical records document that Ms. Esnayra was seen by multiple nurses and physicians during her brief visit, including a specialist in neurosurgery. There is absolutely nothing in the records that supports Ms. Esnayra's allegations of abuse. There is nothing to support her allegations of physical restraint.

It is my opinion that at the time that she presented to the emergency room, Ms. Esnayra's disc was already re-herniated, and she would have required back surgery whether she went to the emergency room or not. Nothing that happened in the emergency room necessitated her third back surgery or necessitated a different kind of surgery than she might otherwise have had. Nothing that happened in the emergency room caused any sciatic nerve injury, back injury, ankle injury, or other type of injury to Ms. Esnayra.

sciatic nerve injury, back injury, ankle injury, or other type of injury to Ms. Esnayra.

### BASIS AND REASONS FOR OPINIONS

I base my opinions on my review of Ms. Esnayra's medical and psychiatric records, her therapy records, her employment records, the pertinent pleadings and discovery materials filed in this case, and various materials relating to Joan Esnayra that are available on the internet. I also base my opinions on my education, training, and experience in this area, as reflected in my Curriculum Vitae attached hereto. I also intend to review depositions related to this case as they become available and may base my opinions on portions of those depositions, and on any independent medical examinations that are conducted by me or anyone else.

### PUBLICATIONS AUTHORED IN THE PRECEDING TEN YEARS

My publications are listed in my Curriculum Vitae, attached hereto.

### COMPENSATION RATES

My fee for consultation is $325.00 per hour. My fee for deposition testimony is $500.00 per hour. My fee for Court appearance is $500.00 per day plus travel expenses.

### CASES IN WHICH I HAVE GIVEN EXPERT TESTIMONY IN THE PRECEDING FOUR YEARS

A list of the cases in which I have given expert testimony in the past four years will be provided under separate cover.

_____
Kevin McGrail, M.D.

_____4-24-06_____
Date

755692

Respectfully submitted,

_____
Thomas V. Monahan, Jr. (Fed. Bar #04471)
Adam Kelley (Fed. Bar #483729)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
(410) 783-4000
*Attorneys for District Hospital Partners, L.P. d/b/a George Washington University Hospital*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April 2006, copies of District Hospital Partners, L.P.'s Rule 26(a)(2) Disclosure of Expert Opinion Regarding Kevin McGrail, M.D., with Attachment, were sent to the following via first-class mail, postage prepaid:

Kay M. Clarke, Esquire
Clower & Clarke
601 Pennsylvania Avenue NW
The Pennsylvania, Suite 205
Washington, D.C. 20004

Matthew P. Maloney, Esquire
Gleason, Flynn, Emig & Fogelman
11 N. Washington Street, Suite 400
Rockville, Maryland 20850

_____
Adam Kelley

755692

# CURRICULUM VITAE

**Name:** Kevin M. McGrail, MD

**Office Address:** Department of Neurosurgery
Georgetown University Medical Center
3800 Reservoir Road, NW
Washington, DC 20007

**Office Telephone:** (202) 687-4972
**Date of Birth:** March 16, 1957
**Place of Birth:** Melrose, Massachusetts
**Social Security:** 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
**Citizenship:** U.S.A.

**Licensure:**

| | | |
|---|---|---|
| Massachusetts | Number: 53829 | Issued: 11/7/84 |
| District of Columbia | Number: 19464 | Issued: 02/19/92 |
| Virginia | Number: 49766 | Issued: 07/30/93 |
| Maryland | Number: D45289 | Issued: 11/17/93 |

**Certification:** The American Board of Neurological Surgery
(Board Certified, May, 1994)

**Education:**

1979 — B.S., Tufts University, Medford Massachusetts, Dates Attended: 9/75 - 6/79
1983 — M.D., Tufts University School of Medicine, Boston, Massachusetts, Dates Attended: 9/79 - 6/83

**Post Doctoral Training:**

| | |
|---|---|
| 1983-1984 | Surgical Intern, University of Maryland Hospital, Baltimore, MD (Joseph McLaughlin, M.D.) |
| 1984-1985 | Research Fellow in Neurosurgery, Massachusetts General Hospital, Boston, MA (Kathleen J. Sweadner, PhD.) |
| 1985-1989 | Resident in Neurosurgery, Massachusetts General Hospital, Boston, MA (Nicholas T. Zervas, M.D.) |
| 1989-1990 | Chief Resident in Neurosurgery, Massachusetts General Hospital, Boston, MA (Nicholas T. Zervas, M.D.) |
| 1990-1991 | Clinical Fellow in Neurosurgery, Mayo Clinic, Rochester, MN (Thoralf M. Sundt, Jr., M.D.) |
| 10/91-12/91 | Chief Resident in Neurosurgery, Mayo Clinic, Rochester, MN (Thoralf M. Sundt, Jr., M.D.) |

**Academic Appointments:**

| | |
|---|---|
| 1984-1985 | Research Fellow in Neurobiology, Harvard Medical School, Boston, MA |
| 1985-1990 | Clinical Fellow in Surgery (Neurosurgery), Harvard Medical School Boston, MA |
| 1990-1991 | Clinical Fellow in Neurosurgery, Mayo Graduate School of Medicine Rochester, MN |
| 1992 - 1997 | Assistant Professor of Neurosurgery, Georgetown University School of Medicine, Washington, D.C. |
| 1998 – 2002 | Associate Professor of Neurosurgery, Georgetown University School of Medicine, Washington, D.C. |
| 2003 | Professor of Neurosurgery, Georgetown University School of Medicine, Washington, D.C. |

**Professional Experience:**

| | |
|---|---|
| **2002 - present** | Chairman, Department of Neurosurgery, Georgetown University School of Medicine, Washington, D.C. |
| **2000 – 2002** | Interim Chairman, Department of Neurosurgery, Georgetown University School of Medicine, Washington, D.C. |
| **1992 - present** | Director of Cerebrovascular Surgery, Georgetown University Medical Center, Washington, D.C. |
| **1992 - 1993** | Director of Pediatric Neurosurgery, Georgetown University Medical Center, Washington, D.C. |
| **1992 - 1994** | Medical Director, Neurosurgical Intensive Care Unit, Georgetown University Medical Center |
| **1996 - present** | Surgical Director, Stroke Response Team, Georgetown University Medical Center |

**Awards and Honors:**

| | |
|---|---|
| 1978 | The Paul A. Warren Award in Genetics, Tufts College, Medford, MA |
| 1978 | Sigma XI (The Scientific Research Society) |
| 1979 | Magna Cum Laude, (Chemistry), Tufts College, Medford, MA |
| 1981 | The Devlin Medical Scholarship |
| 1982 | Alpha Omega Alpha, Tufts University School of Medicine, Boston, MA |

**Professional Societies:**

| | |
|---|---|
| 1993 | Washington, D.C. Academy of Neurosurgery |
| 1994 | American Association of Neurological Surgeons |
| 1994 | Congress of Neurological Surgeons |
| 1995 | Joint Section on Cerebrovascular Surgery (AANS, CNS) |
| 1995 | American Association for the Advancement of Science |
| 1997 | American College of Surgeons |

**Public Service:**

| | |
|---|---|
| **1995** | National Institutes of Health, Study Section, " The Use of Lasers in the Treatment of Occlusive Cerebrovascular Disease" |
| **1995 - 1996** | Secretary/Treasurer, Washington Academy of Neurosurgery |
| **1995 - 1997** | National Carotid Endarterectomy Task Force, Commissioned by the American Association of Neurological Surgeons and the Congress of Neurological Surgeons |
| **1996 - 1997** | President, Washington Academy of Neurosurgery |
| **1998** | Selected as Moderator for Scientific Session on the Management of Arterial Venous Malformations. Joint Section on Cerebrovascular Surgery (AANS, CNS), Winter Meeting, Nashville, TN, 1999 |
| **1998** | Grading Committee for Scientific Abstracts. Joint Section on Cerebrovascular Surgery (AANS, CNS), Nashville, TN, 1999 |
| **1995 - 1998** | Editorial Board, Journal of Neurovascular Disease |
| **1998** | Guest Reviewer, **Surgery** |

**Invited Lectures:**

| | |
|---|---|
| **1997** | Congress of Neurological Surgeons, New Orleans, LA, "Aneuryms, To Coil or Clip?" |
| **1999** | American Academy of Physical Medicine and Rehabilitation National Meeting, Washington, D.C., "New Therapies in the Acute Treatment of Brain Aneurysms." |
| **2000** | American Neurotology Society National Meeting, Washington, D.C., "Surgical Treatment for Infections of the Central Nervous System." |
| **2001** | " Management of Complex Cerebrovascular Disorders", George Washington University School of Medicine Neurosurgery Grand Rounds. |

**University Service:**

| | |
|---|---|
| **1992 - 1994** | Quality Improvement Committee, Georgetown University Medical Center |

| | |
|---|---|
| **1992 - 1996** | Organ Donation Committee, Georgetown University Medical Center |
| **1994 - 1997** | Utilization Review Committee, Georgetown University Medical Center |
| **1996 - present** | Graduate Medical Education Committee, Georgetown University School of Medicine |
| **1997** | Clinical Standards Committee, Georgetown University Medical Center |
| **1997 - 1998** | Committee on Operating Room Efficiency |
| **1998** | Operating Room Committee |
| **1998** | Member, Georgetown University Faculty Senate |
| **1999** | University Committee on Investments and Social Responsibility |
| **1999** | Committee on Faculty |
| **2000** | Member, Center for Neural Injury and Reovery |

**Teaching Activities:**

| | |
|---|---|
| **1992 – present** | Director, Resident Selection and Training, Department of Neurosurgery, Georgetown University School of Medicine |
| **1992 - 1995** | Director, Medical Student Teaching, Department of Neurosurgery, Georgetown University School of Medicine |

**Publications:**

**Original papers:**

1. McGrail, K.M., Heros, R.C., Debrun, G., Beyerl, B.D.: Aneurysm of the petrous segment of the internal carotid artery. J. Neurosurg. 1986;65:249-252.

2. McGrail, K.M., Sweadner, K.J.: Immunofluorescent localization of two different Na, K-ATPases in the rat retina and in identified dissociated retinal cells. J. Neurosci. 1986;6:1272-1283.

3. McGrail, K.M., Beyerl, B.D., Black, P.M., Klibanski, A., Zervas, N.T.: Lymphocytic adenohypophysitis of pregnancy with complete recovery. Neurosurgery. 1987;20:791-793.

4. McGrail, K.M., Sweadner, K.J.: Complex expression patterns for Na, K-ATPase isoforms in retina and optic nerve. Eur. J. Neurosci. 1989;2:170-176.

5. McGrail, K.M., Phillips, J.M., Sweadner, K.J.: Immunofluorescent localization of three Na, K-ATPase isozymes in the rat central nervous system: Both neurons and glia can express more than one Na, K-ATPase. J. Neurosci. 1991;11:381-391.

6. Sweadner, K.J., McGrail, K.M., Khan, B.A.: Discoordinate regulation of isoforms of the Na, K-ATPase and myosin heavy chain in the hypothroid postnatal rat heart and skeletal muscle. J. Biol. Chem. 1992; 267:769-773. **

7. McGrail, K.M., Muzzi, D.A., Losasso, T.J., Meyer, F.B.: Ventriculoatrial shunt distal catheter placement using transesophageal echocardiography. Neurosurgery. 1992;30:747-9. **

8. Ogilvy, C.S., McGrail, K.M., Chapman, P.H.: Subdural empyema complicating bacterial meningitis in a child: Enhancement of membrane using gadolinium on MRI in patients without enhancement on computerized tomography. Surg. Neurol. 1992;37:138-141 **

9. McGrail, K.M., Ojemann, R.G.: The surgical management of benign Intracranial meningiomas and acoustic neuromas in patients 70 years of age and older. Surg. Neurol.. 1994;42:2-7. **

6

10. Piepgras, D.G., McGrail, K.M., Tazelaar, H.D.: Intracranial dissection of the distal middle cerebral artery as an uncommon cause of distal cerebral artery aneurysm. J. Neurosurg. 1994;80:909-13. **

11. Winston, K.R., Ogilvy, C.S., McGrail, K.M.: Reduction Cranioplasty. Pediatr. Neurosurg.1995;22:228-234. **

12. McGrail, K.M., Piepgras, D.G.: The management of giant vertebral artery aneurysms. J. Neurovasc. Dis 1996;1:21-26. **

13. McGrail, K.M.: The intraoperative use of electroencephalography as an assessment of cerebral blood flow. Neurosurg. Clin. of North America. 1996;7:685-692. **

14. Hunter, W.D., McGrail, K.M.: Staged resection of a large cavernous angioma in a 10 year old child. J. Neurovasc. Dis. 1997;2:92-96. **

15. Mashour, G.A.,. McGrail, K.M.: Nitic Oxide and the Pathogenesis of Cerebral Vasospasm. J. Neurovasc. Dis. 1997;2:202-205. **

16. Watson, V., Coumans, J., McGrail, K., Guglielmi, G: Rupture of cerebral anuerysms during endovascular treatment with electrolytically detachable coils: Incidence, management, and outcome. J. Neurovasc. Dis. 1998;3:269-275**

17. Bhargava, P, McGrail, K.M., Manz, H.J., Baidas, S: Lung carcinoma metastatic to intracranial meningioma. Case report and review of literature. Am. J. of Clin. Oncology 1999,22:199-202. **

18. Coumans, J.V, Watson, V., Picken, C., McGrail, K.M.: Saphenous vein Interposition graft for recurrent carotid stenosis following prior endarterectomy and stent placement. J. Neurosurg. 1999,90:567-570**

19. Coumans, J.V., McGrail, K.M.: Aneurysms: To coil or clip? Perspectives in Neurological Surgery. 1999;10:125-145. **

20. Sandhu, F., McGrail, K.M.: The evaluation and management of acute low back pain. Emerg. Med. 1999;31:20-46.**

21. Coumans, J.V., Mcgrail, K.M: Psychiatric presentation of carotid stenosis. Surgery. 2000;127:713-715.

**Books or Chapters:**

1. McGrail, K.M., Zervas, N.T.: The empty sella syndrome. In **Neurological Surgery,** Third Edition. Youmans (ed). W.B. Saunders Company. 1990;5:3505-3513.

2. McGrail, K.M., Phillips, J.M., Sweadner, K.J.: Diveersity of Na, K-ATPase isoform disribtuion in the nevous system. In: **The Sodium Pump: Recent Developments.**The Rockfeller University Press. 1991;153-156.

3. McGrail, K.M., Selman, W.R.: **The Management of Carotid Occlussive Disease**. Joint Section on Cerebrovascular Surgery of the American Association of Neurological Surgeons and the Congress of Neurological Surgeons. 1996. **

4. Sandhu, F.A. and McGrail, K.M., Management of Intracranial Hemorrhage, in **Critical Pathways in Neurology**, Cohan, S.L. (ed) Dunitz Publishers, London, in press. **

**Abstracts:**

1. McGrail, K.M., Sweadner, K.J.: Immumofluorescent localization of two Na, K-ATPase in the retina and optic nerve. Association for Research in Vision and Opthamology Abstracts. 1985.

2. McGrail, K.M., Sweadner, K.J.: Three isozymes of the NA, K-ATPase have distinctly different cellular distributions in rat CNS. Soc. Neurosci. Abstracts. 1988;14:1018

3. Sweadner, K.J., McGrail, K.M., Phillips, J.M.: Isozymes of the Na, K-ATPase localized by immunoflurorescence with isozyme-specific antobodies. Int. Cong. Histochem. Cytochem. Abstracts. 1988.

4. McGrail, K.M., Piepgras, D.G., Sundt, T.M. Jr.:The management of giant vertebral artery aneurysms. Cong. Neurosurg. Abstracts. 1991.

5. Feigenbaum F, Maher C, McGrail, K.M., Morbidity of External Ventricular Drainage in the Setting of Aneurysmal Subarachnoid Hemorrhage. Joint Section on Cerebrovascular Surgery Abstracts. 1998 **

6. Watson, V., McGrail, K., Guglielmi, G: Rupture of cerebral aneurysms during endovascular treatment with electrolytically detachable coils: Incidence, management, and outcome. Joint Section on Cerebrovascular Surgery   Abstracts.  1999 **

7. Sandhu, F.A., McGrail, K.M., Watson, V: Causes and techniques to minimize artifacts and errors in magnetic resonance imaging angiography of aneurysms treated with Guglielmi detachable coil. Cong. of Neurosurg Abstracts. 2000 **

8. Loos, B.M., Jay, M.,Oliverio, P., McGrail, K.M., Hung, J.K: Spontaneous Otogenic Pneumocephalus due to Eustachian Tube Dysfunction. American Academy of Otolaryngology-Head and Neck Surgery Abstracts. 2001 **

** **Indicates manuscript published while at Georgetown University**