IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN ESNAYRA | * | |
| Plaintiff | * | |
| vs. | * | Case No.: 1:05CV01501 |
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, *et al.* | * | Judge: Colleen Kollar-Kotelly Deck Type: Personal Injury/ Malpractice |
| Defendants | * | |

* * * * * * * * * * *

**DISTRICT HOSPITAL PARTNERS, L.P.'S RULE 26(a)(2) DISCLOSURE OF EXPERT OPINION REGARDING MARK KOMRAD, M.D.**

Mark Komrad, M.D.
222 Bosley Avenue
Suite A-3
Towson, Maryland 21204

## QUALIFICATIONS

I am an expert in the field of psychiatry, with particular expertise in the fields of psychopharmacology, affective disorders, psychotherapy and the diagnosis and treatment of borderline personality disorder. I am a member of the clinical and teaching staffs of Sheppard and Enoch Pratt Hospital, University of Maryland, and Johns Hopkins Hospital in Baltimore, Maryland. I am board-certified in the medical subspecialty of psychiatry. I have attached to this Disclosure Statement a copy of my Curriculum Vitae identifying in greater detail my areas of expertise, experience and qualifications.

## DOCUMENTS REVIEWED

I have reviewed Joan Esnayra's pertinent medical and psychiatric records, her therapy records, her employment records, the pertinent pleadings and discovery materials filed in this case, and various materials relating to Joan Esnayra that are available on the internet. I intend to review the written transcripts and videotaped recordings from all depositions taken in this case in the future, and I have been asked to perform an independent psychiatric examination of Joan Esnayra.

## EXHIBITS

I may refer to specific medical and/or psychiatric records, therapy records, diagnostic films, medical literature, medical illustrations, employment records, internet publications, deposition transcripts, videotaped depositions, or other items to support or explain my opinions. I may also write or draw on an art pad to support, illustrate or explain my opinions.

## OPINIONS

I reserve the right to supplement my opinions once I have had the opportunity to review the depositions of the parties and the fact and expert witnesses in this case. I base the following opinions on my review of the medical and other records that have been provided to me for review. It is my understanding that no depositions have been taken as of the date of this report. All of my opinions are expressed to a reasonable degree of medical probability.

It is my opinion that the nurses and other staff at George Washington University Hospital fully complied with the applicable standards of care when Joan Esnayra presented to the emergency room on August 1, 2004. In addition, it is my opinion that nothing that happened or did not happen during Joan Esnayra's visit to the emergency room on August 1, 2004 caused any temporary or permanent physical or psychological injury to her. The treatment rendered to her was, rather, entirely appropriate and therapeutically effective.

It is clear from the medical records that Ms. Esnayra presented to the emergency room in extreme physical pain. Under those circumstances, she was unable to sign the consent forms that were presented to her. It was appropriate to treat her in spite of her claimed inability to sign the consent forms. All of the medications that were given to Ms. Esnayra during her visit to the emergency room were appropriate for patients complaining of back pain, were not contraindicated in Ms. Esnayra's case, and were neither the type of medications nor of the requisite dosage to constitute a form of chemical restraint. These medications were taken by Ms. Esnayra during previous hospitalizations without complaint.

It is clear from the medical records that Ms. Esnayra was neither abandoned nor abused during her visit to the emergency room, nor was her treatment in any way delayed. The medical records document that Ms. Esnayra was seen by multiple nurses and physicians during her brief visit, including a specialist in neurosurgery. There is absolutely nothing in the records that supports Ms. Esnayra's allegations of abuse. There is nothing to support her allegations of physical restraint.

Given the extreme discordance between the medical records and Ms. Esnayra's allegations, as well as Ms. Esnayra's long history of psychiatric problems, including bipolar disorder, dissociative episodes and Post Traumatic Stress Disorder, the events described by Ms. Esnayra more likely than not did not occur. It is a well-known medical truism that bipolar disorder can cause psychotic episodes, and that post-traumatic stress disorder can cause dissociative episodes. Post traumatic stress disorder can also cause a patient to conflate the events of one time period with those of another time period, such that the patient mistakenly believes that something that happened to her in the past is actually happening in the present.

This is not an unusual phenomenon among persons with traumatic pasts, such as Ms. Esnayra. Patients with histories similar to Ms. Esnayra's are even more likely to suffer psychotic breaks when they take large quantities of Marinol, a synthetic cannabinoid, as Ms. Esnayra regularly does. Marinol has no on-label use in patients with major psychiatric disorders, nor any scientifically documented off-label use in mental illness. In fact, the manufacturer's label urges extreme caution in using Marinol in the presence of a psychiatric disorder, due to the possibility of exacerbating that disorder, particularly when the drug is being taken in maximal doses, which Ms. Esnayra was being prescribed.

Based on the detailed therapy records, Ms. Esnayra has demonstrated clinical evidence of, and/or a history of, traumatic sexual abuse, intense anger outbursts, marked mood lability in the setting of stress, sexual polymorphism, black-and-white thinking, a pattern of unstable and intense personal relationships, the psychology of "splitting", intolerance of being alone, extreme rejection and abandonment sensitivity, a pattern of interpersonal manipulation, self-injury (cutting), substance abuse (marijuana use despite repeated clinical advice that it was exacerbating her problems, yet eventual prescription of Marinol--during the time of the alleged incident) and problems controlling impulses (particularly in the realm of sex and eating, with accompanying bulemia). These symptoms constitute a very well known clinical syndrome called <u>Borderline Personality Disorder</u> that is extensively studied and reviewed in the psychiatric literature. Based on my own extensive experience with patients who have this syndrome, I will testify at trial that such patients are highly prone to severe cognitive distortions and even break with reality--particularly under great emotional or physical stress. If there is a history of psychological trauma earlier in life (which is quite commonly true for these patients, as with Ms. Esnayra), any setting that even slightly resembles and recalls that trauma can lead to such "micropsychotic" breaks in which the Borderline patient imagines profound insult, trauma, assault, or other mistreatment that seems subjectively real to them, but is objectively unremarkable to external witnesses. I will argue that, if frank malingering for secondary gain is ruled out, the allegations in question in this case are a typical, indeed classic, example of this phenomenon. Furthermore, I will argue that the treatment notes following the alleged incident illustrate the ephemeral and transient quality of this imagined "trauma," which typifies this phenomenon in patients with Borderline Personality Disorder, or, alternatively, typifies malingering.

It is my opinion that Ms. Esyanra either had a psychotic or dissociative episode on August 1, 2004, or else is malingering in the hopes of financial or other gain. It should be noted that Ms. Esnayra has been a plaintiff in multiple lawsuits involving allegations similar to the allegations at issue in this case.

With respect to Ms. Esnayra's claims that her civil rights were violated by the Defendants' alleged refusal to allow her "service animal" to accompany her into the emergency room, I find no basis whatsoever for this allegation in the medical records. Regardless, it is my opinion that so-called psychiatric service dogs are not recognized in the psychiatric community to be of any therapeutic value, there are no peer-reviewed studies that endorse the use of psychiatric service dogs, and these dogs are nothing more than pets. There is no recognized standard of practice in either inpatient or outpatient psychiatric settings which acknowledges the value of, or even the existence of, "psychiatric service dogs." Psychiatric service dogs are <u>not</u> the type of animal contemplated by the Americans with Disabilities Act. They do not

actually provide any "services."

Moreover, psychiatric service dogs would constitute an exception to the Act in this case, as the presence of a dog in the emergency room would be extremely disruptive to the emergency room as a whole. Emergency rooms generally are crowded areas containing patients with open wounds, psychiatric issues, and cardiac problems. These patients are ambulatory, on stretchers and in wheelchairs. They are often attached to IVs and are connected to various machines by tubes and wires. Having a dog in the emergency room, whether on or off a leash, would compromise the hygiene and order of the emergency room and would quite likely cause anxiety to the patients, particularly when the dog is a very large Rhodesian Ridgeback, as Ms. Esnayra's dog was, and is somewhat uncontrollable, as is clear from Ms. Esnayra's employment records.

## BASIS AND REASONS FOR OPINIONS

I base my opinions on my review of Ms. Esnayra's medical and psychiatric records, her therapy records, her employment records, the pertinent pleadings and discovery materials filed in this case, and various materials relating to Joan Esnayra that are available on the internet. I also base my opinions on my education, training, and experience in this area, as reflected in my Curriculum Vitae attached hereto. I also intend to review depositions related to this case as they become available and may base my opinions on portions of those depositions.

## PUBLICATIONS AUTHORED IN THE PRECEDING TEN YEARS

My publications are listed in my Curriculum Vitae, attached hereto.

## COMPENSATION RATES

My fee for consultation is $275 per hour. My fee for deposition testimony is $275 per hour. My fee for Court appearance is $2000 per day plus travel expenses.

## CASES IN WHICH I HAVE GIVEN EXPERT TESTIMONY IN THE PRECEDING FOUR YEARS

**Sturtz vs. Commonwealth of Virginia (2/95)-Trial**
**Holter vs. Holter (12/94)--deposition (divorce case)**

*[signature]*
Mark Konrad, M.D.

Date 4/28/06

Respectfully submitted,

_____
Thomas V. Monahan, Jr. (Fed. Bar #04471)
Adam Kelley (Fed. Bar #483729)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland  21202
(410) 783-4000
*Attorneys for District Hospital Partners, L.P.
d/b/a George Washington University Hospital*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of April 2006, copies of District Hospital Partners, L.P.'s Rule 26(a)(2) Disclosure of Expert Opinion Regarding Mark Komrad, M.D., with Attachment, were sent to the following via first-class mail, postage prepaid:

Kay M. Clarke, Esquire
Clower & Clarke
601 Pennsylvania Avenue NW
The Pennsylvania, Suite 205
Washington, D.C.  20004

Matthew P. Maloney, Esquire
Gleason, Flynn, Emig & Fogelman
11 N. Washington Street, Suite 400
Rockville, Maryland 20850

_____
Adam Kelley

756717

Mark S. Komrad MD
Biography

Dr. Komrad is a psychiatrist on the clinical and teaching staff of Sheppard Pratt Hospital and the Johns Hopkins Hospital in Baltimore, and Clinical Assistant Professor of Psychiatry at the University of Maryland. He earned his undergraduate degree in molecular biophysics at Yale University, his M.D. degree at Duke Medical School, and trained in internal medicine and psychiatry at Johns Hopkins. He was assistant medical director of the Schizophrenia Unit at Sheppard Pratt for 10 years, where he continues to train residents in psychotherapy and psychopharmacology. In addition, he has a private practice in general psychiatry with a special interest in treating mood disorders and schizophrenia. His technique is to combine psychopharmacology and psychotherapy, a combination treatment that has become increasingly rare in the contemporary managed-care environment. In particular, Dr. Komrad uses these techniques to help people with serious, major mental illness rehabilitate to a higher level of functioning. He often consults to colleagues on difficult cases.

Dr. Komrad is the psychiatric consultant to the Maryland Transportation Authority for which he chairs its Suicide Prevention Task Force, which is studying how to prevent suicide jumpings from the Chesapeake Bay Bridge and educates the media about responsible reporting on suicide and the treatment of depression.

He has lectured throughout the country on a variety of topics in psychiatry. Dr. Komrad also appears widely on TV and radio to discuss topics in psychiatry. He has been the host of a nationally syndicated weekly radio talkshow about psychiatry, and now regularly appears on a medical talkshow that broadcasts to over 40 million listeners around the world. In addition, Dr. Komrad has served as consultant in the development of a major Hollywood film and a dramatic TV serial, both about psychiatrists, creating more accurate portrayals of psychiatrists and the mentally ill on TV and in the movies.

Dr. Komrad was named as a "Fellow" of the American Psychiatric Association-- a special distinction, "for exceptional contributions to the community and the profession of psychiatry." He was voted by professional peers as "One of Marylands Top Mental Health Practitioners" and profiled for this in  _Baltimore Magazine_   November, 2001

# MARK STEPHEN KOMRAD M.D.
Diplomate of the American Board of Psychiatry and Neurology
Fellow of the American Psychiatric Association

CURRICULUM VITAE
Fall 2002

**ADDRESS**

OFFICE: 6501 N. Charles Street            HOME: 4006 Log Trail Way
Baltimore, MD 21285                              Baltimore, MD 21136
(410) 938-4206                                       (410) 833-8283
Fax:    (410)938-3598
email:   MKOMRAD@AOL.COM

DATE AND PLACE OF BIRTH:   JUNE 26, 1957,   New York City, New York

## PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 1988-Present | Private Practice . Outpatient part-time practice. Specializing in psychopharmacology, affective disorders, schizophrenia, psychotherapy and mens' issues. |
| 1988-Present | Sheppard and Enoch Pratt Hospital, Baltimore, MD<br>—Teaching Faculty: supervision of residents, lectures in clinical topics and medical ethics; designed & teaching course in "Diagnostic Interviewing"<br>—Attending Psychiatrist at a Day Hospital for chronically and persistantly ill.<br>—Public Affairs Specialist for Sheppard Pratt Hospital, specializing in public education about psychiatry using the broadcast media. |
| 1988-1998 | Sheppard and Enoch Pratt Hospital, Baltimore, MD<br>— Assistant Medical Director .   Treatment Resistant Schizophrenia Unit Attending Psychiatrist on an inpatient unit specializing in chronic, treatment-resistant schizophrenia. |
| May 1993-Present | Co-Producer, "Sunday Rounds", a live weekly radio talk show about mental health. Also, monthly co-host of this show for an "open phones" format answering questions about psychiatry.( National Public Radio) |
| June 1991-January 1992 | Host: Live National Radio Talk Show,  Komrad On Call. A live , 2 hour, call-in  radio talk show, airing coast-to-coast plus Alaska and Hawaii, every Wednesday  about Psychiatry on the American Radio Network. |
| 1987-Present | Clinical Instructor  on the faculty of Johns Hopkins School of Medicine, Department of Psychiatry and Behavioral Sciences, Baltimore, MD<br>—Psychotherapy supervision of psychiatric residents.<br>—Faculty Instructor for course in "Medical Ethics" for first year medical students. |
| 1986-1996 | Psychiatric Consultant  , *Changing Directions, Inc.*<br>—Psychiatric consultant for  this psychosocial rehabilitation program<br>—Also, Vice President, Board of Directors  , *Changing Directions* |
| 1987-1988 | Cann Health Resources, Towson, MD.<br>—Attending Psychiatrist , Private Group Psychiatric Practice. Inpatient and Outpatient practices, including supervision of non-medical mental health professionals |

Mark S. Komrad M.D.                                                                 page 3

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1999-Present | Clinical Assistant Professor of Psychiatry, University of Maryland, Baltimore, MD |
| 1988-Present | Instructor in Psychiatry, Johns Hopkins Hospital, Baltimore, MD |

## CONSULTANTSHIPS

1996-Present   Psychiatric consultant to the Maryland Transportation Authority and Chairman of its Suicide Task Force—studying patterns and prevention of suicide jumpings from Maryland's bridges

## EDUCATION

1984-1987   Psychiatry Residency, Johns Hopkins Hospital, Department of Psychiatry, Baltimore, MD.

1983-1984   Medical Housestaff, Johns Hopkins Hospital, Department of Internal Medicine
—Medical Internship

1979-1983   Duke University School of Medicine, Durham, NC
—Doctor of Medicine (M.D.), **AOA honor society, first in class**

1975-1979   Yale University, New Haven CT
—Bachelor of Science: Molecular Biophysics and Biochemistry
    **Summa cum laude** Departmental Honors, **Phi Beta Kappa, first in class**

1972-1975   Coral Gables High School, Coral Gables, FL,   **first in class**

1972-1975   Florida International University. Special student in mathematics

1973   Leo Baeck High School, Haifa Israel

## HONORS AND AWARDS

Named by Consumers' Research Council of America as "One of America's Top Psychiatrists", 2002
Voted by professional peers as "One of Marylands Top Mental Health Practitioners" and profiled for this in   Baltimore Magazine  November, 2001
Listed by "Outstanding Young Americans", 1998
**FELLOW of the American Psychiatric Association** ( an honor bestowed by the Board of Trustees for "distinguished accomplishments and contributions to psychiatry and the community"), 1996
Jesse C.Coggins M.D. Memorial Lecturer award, Maryland Medical and Chirugical Faculty (state medical society) 1996
Nominated for Francis Braceland Award for Public Service, American Psychiatric Association, 1995
Appointed Examiner for Oral Board Examinations, American Board of Psychiatry and Neurology, 1993
Appointed Chairmen, Public Affairs Committee, Maryland Psychiatric Society, 1992
Nominated to the Group for the Advancement of Psychiatry, 1992
TalkShow Host, "Komrad on Call" for The American Radio Network, 1991-1992
**Diplomate of the American Board of Psychiatry and Neurology, 1990**
National Speaker's Forum, Dista Pharmaceuticals, 1989
Elected to the American Academy of Clinical Psychiatrists, 1987

**Alpha Omega Alpha,** Duke Medical School, 1983
Roche Award in the Clinical Sciences, National Student Research Forum, Galveston TX,1983
Joseph Markee Prize in Gross and Neurological Anatomy, Duke Medical School, 1983
**Thomas Jefferson Award** for general academic excellence-i.e. gradutred first in class), Duke Medical School, 1983 Trent Foundation Award (for studies in medical ethics), 1981
**Summa cum laude, Yale University, 1979**

Mark S. Komrad M.D.                                                                                      page 4

Phi Beta Kappa, Yale University, 1978
Class Marshall ( Valedictorian ), Pierson College, Yale University , 1979
**Honors Commendation from the Department of Molecular Biophysics, Yale University, 1979**
Salutatorian , Coral Gables High School, 1975
Silver Night Award for General Academic Excellence, City of Coral Gables, 1975
American Legion Award for Scholarly Achievement, 1972
Eagle Scout Award, 1971

## SPECIAL EXPERIENCE: MEDIA and MOVIES

| | |
|---|---|
| 2000-present | Columnist for "Ask the Doctor" column, Maryland division of National Mental Health Association |
| 1999 | On-camera psychiatrist, *Caring for Every Child's Mental Health*, an educational video produced by the Mental Health Association of Maryland |
| 1998 | Consultant to Dreamworks, Steven Spielberg--advising on movie "In Dreams" |
| 1994-present | Psychiatric Correspondant, for The Consultation Radio Network, producing radio shows about psychiatry and related medical topics for broadcast on National Public Radio, American Public Radio, and Armed Forces Radio Network |
| 1993-present | Co-Producer and monthly talkshow co-host for "Sunday Rounds" a live weekly, call-in radio show about psychiatry on WBJC--a Baltimore area NPR station (TAPES AVAILABLE ON REQUEST) |
| 1993 | Technical Advisor to Morgan Creek Productions for *Silent Fall* -- a movie about a psychiatrist, directed by Bruce Beresford, Starring Richard Dreyfus and John Lithgow |
| 1989-present | A variety of interviews on national and local TV and radio stations on various topics in psychiatry (TAPES AVAILABLE ON REQUEST) |
| 1992 | **Regular guest** WMAR TV Channel 2, Baltimore, MD., "The Morning Program." TV appearances every 2 weeks discussing topics in psychiatry and taking live phone calls on-the-air. |
| 1991-1992 | **Host: Live National Radio Talk Show,** Komrad On Call. A live, 2 hour,call-in radio talk show, airing coast-to-coast every Wednesday about Psychiatry on the American Radio Network. (TAPED SHOWS AVAILABLE ON REQUEST) |
| 1988 | 2 part National Public Radio medical show : "HeartBeat" --Topic: Psychiatry and Homelessness (TAPED SHOWS AVAILABLE ON REQUEST) |

## SPECIAL EXPERIENCE: SPEAKING and TEACHING

| | |
|---|---|
| 1989-present | Keynote Speaker: "The Baltimore Lecture Group: Annual Meeting speaker, Washginton Society of Obstetrics and Gynecology Learned Research Speaker, Brandeis University, National Women's Committee Emmanuel A. Schimunek Memorial Lecture, Medical-Chirugical Association of Maryland Jesse C. Coggins Memorial Lecture, Medical-Chirugical Association of Maryland Taught two graduate courses in "Jungian Psychology and Jewish Mysticism", Baltimore Hebrew University Key Note Speaker: Harford County Medical Society, Aberdeen, MD Grand Rounds: St. Joseph's Hospital, Baltimore, MD Grand Rounds: Franklin Square Hospital, Department of Medicine, Baltimore MD Grand Rounds: Liberty Hospital, Department of Medicine, Baltimore MD Speaker at "The President's Reception", Sheppard Pratt Hospital, Baltimore, Maryland |

Mark S. Komrad M.D.                                                    page 5

        "How Hollywood Views Psychiatry in the 90's"
        Seminar leader: "The Way Men Are", Jewish Children and Family Services,
           Baltimore Maryland (Annual half-day conference for therapists)
        Keynote Speaker: American Society for the Psychoanalytic Study of Film
        Keynote Speaker, Jewish Singles World Expo, Baltimore, "Love and Romance"
        University of Maryland, 1992 Annual Family Medicine Board Review Course
        Scientific Meeting of the Maryland Psychiatric Society,
        Keynote Speaker: The Maryland Women's Medical Association
        Grand Rounds: Springfield State Hospital, Sykesville, Maryland
        Grand Rounds: Springgrove State Hospital, Catonsville Maryland
        Grand Rounds: Riverside Hospital, Hampton Virginia
        KeyNote Address: "The Duel of Dual Diagnosis", sponsored by
           West Penn Hospital, Pittsburgh, Pennsylvania
        Grand Rounds: Homewood Hospital, Baltimore, Maryland
        Grand Rounds: Sheppard and Enoch Pratt Hospital-5 TIMES

        Numerous public speaking engagements to lay audiences on a variety of topics: love
           and romance, aging, mens issues, dementia, depression, what is psychiatry?,
           psychiatrists and the movies, etc.
        Numerous lectures on the East Coast to primary care physicians and OBGYN's about
        "Depression in Primary Care," Many through the "Focus on Depression"
           program sponsored by the University of Wisconsin

## SPECIAL EXPERIENCE: MEDICAL ETHICS

| | |
|---|---|
| 1996-ongoing | Chairman, Clinical Ethics Review Committee, Sheppard Pratt Hospital |
| 1988-1990 | Faculty Instructor for course in "Medical Ethics" taken by second year medical students at Johns Hopkins Medical School |
| 1986-1987 | Member, Johns Hopkins Hospital Clinical Ethics Committe<br>Member, Johns Hopkins Department of Psychiatry Ethics Committee |
| 1983 | Speaker: National Student Research Forum, Galveston, TX<br>"Blaming the Sick: Illness and Innocence" |
| 1982 | Instructor: Seminar in Medical Ethics. Duke University |
| 1982 | Member, Duke Hospital Cost Containment Committee<br>Member, Duke Hospital Human Experimentation Committee (IRB) |
| 1981 | Fellow, Hastings Center for Society, Ethics and the Life Sciences<br>   Hastings-on-Hudson, NY |
| 1979 | Speaker, Fourth Undergraduate Conference on Bioethics, Duke University<br>   "A Risk-Benefit Analysis of Human Cloning." |
| 1979 | Instructor: Medical Ethics course. Exploration Summer Program<br>   Wellesley College. |
| 1978 | Instructor: Ethics in Science course. Exploration Summer Program,<br>   Brandeis University. |
| 1978 | Founder, Yale Forum on Science and Society, Yale University. |

Mark S. Komrad M.D.                                                                                             page 6

## PROFESSIONAL SOCIETIES

The Maryland Psychiatric Society (Chairman, Public Affairs Committee)
The American Psychiatric Association
The American Academcy of Clinical Psychiatry
The American Association of Suicidology
The American Association for the Advancement of ECT
National Association of Medical Communicators
International Medical Speakers Bureau

## COMMUNITY ACTIVITIES AND SERVICE

| | |
|---|---|
| 1996 | Chairman, Clinical Ethics Review Committee, Sheppard Pratt Hospital |
| 1995 | Psychiatric Consultant to the Maryland Transportation Authority task force on suicide suicide jumping from the Chesapeake Bay Bridge |
| 1993 | Oral Board Examiner, American Board of Psychiatry and Neurology |
| 1992-1998 | Chairman, Public Affairs Committee, Maryland Psychiatric Society |
| 1988-1996 | Vice-President, Board of Directors, **Changing Directions, Inc.** A community-based psychosocial rehabilitation program affiliated with Johns Hopkins Hospital. |
| 1989-Present | Member, Board of Advisory Consultants, **The Miami Wellness Center**, an outpatient psychotherapy center for patients with chronic and catastrophic       illness. |
| 1986-1988 | Co-founder and Member, Board of Directors, **Independent Mangement and Competitive Training (IMPACT, INC)**. A networking resource and psychosocial rehabilitation program for Baltimore's homeless. |
| 1985-Present | Singer, **The Handel Choir of Baltimore** |

## PUBLICATIONS

Komrad M. Series of articles concerning "Psychiatrist Stigma" in   The Maryland Psychiatrist   throughout 1992- 1993

Komrad M. "Patient Complaints of Satanic Cult Abuse. Should we Believe them?",     **Psychiatric Times**. April, 1992.
  Followup response to Letter to the Editor, "Assessing Satanic Cult Abuse", July 1992

Komrad M. Crisis and Transformation. **Hearts and Minds,** July 1991, 4.

Komrad M. Dualism and Psychiatry. **Sheppard Pratt Review.**   Spring, 1990, 3.

Komrad M. First Person: For psychiatrist, an outcome worse than a nightmare. **American Medical News;** 3 November, 1989, 41.

Komrad M. Fedoroff, J.P. "Tricyclic-click: A New Clinical Sign."   **Psychosomatics.** Summer, 1990.

Komrad M. Denial of the AMA-endorsed disability insurance program owing to marriage couseling. (Letter) **Journal of the American Medical Association;** 1989; 261: 1583.

Komrad M. Electroconvulsive Therapy. Part I.   **Maryland Medical Journal.** 1988; 37:167.

Komrad M. Electroconvulsive Therapy. Part II.   **Maryland Medical Journal.**1988; 37; 270.

Komrad M. Emotions can take a physical toll.   **Senior Digest** May, 1988

Komrad M. More on attachment behavior: T'was the night before changeover.(Letter)   **Journal of the American Medical Association;** 1986; 256: 3348.

Mark S. Komrad M.D.                                                                            page 7

Komrad M., Coffey E,, et. al. Myocardial infarction and stroke.   **Neurology** 1984; 34: 1403-1409.

Komrad M. A defense of medical paternalism: Maximizing patients' autonomy.   **Journal of Medical Ethics** 1983; 9: 33-44.

Komrad M., "Introduction" to Dyer, A. **Humanities and the Profession of Medicine.** Durham, NC: National Humanities Center, 1983.

Davis R., Komrad M., et. al. Clinical efficacy and safety of chronic spinal stimulation used in multiple sclerosis and other demyelinating diseases.   **Advances in the External Control of Human Extremities.** (Dubrovnick: Proceedings of the 6th International Symposium on the External Control of Human Extremities, 1978), 556-568.

Saltz J., Komrad M., et. al. A computerized consultation system on Alzheimer's Disease.   **Proceedings of the American Association for Medical Systems Informatics.** Baltimore, 1983.

## LICENSURE AND CREDENTIALS

Diplomate of the AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
Diplomate of the NATIONAL BOARD OF MEDICAL EXAMINERS
    PART I:   1980,  Part II: 1981, Part III 1984
MARYLAND STATE BOARD OF PHYSICIAN QUALITY ASSURANCE  # D31818