IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOAN ESNAYRA

 Plaintiff,

v.             No. 1:O5CVO1501 (KCC)
              (Magistrate Judge AK)

GEORGE WASHINGTON UNIVERSITY
HOSPITAL, et al.

 Defendant

## DEFENDANT MEDICAL FACULTY ASSOCIATES, INC.'S RULE 26(a)(2) EXPERT WITNESS DISCLOSURES

Defendant Medical Faculty Associates, Inc., through undersigned counsel, hereby identifies the expert witnesses it expects to call at any trial or hearing in this matter and states:

1. The F.R.C.P. 26(a)(2) reports of Dr. Michael Spodak, Dr. Glenn Currier, and Dr. Mark Smith are attached hereto and are incorporated herein;

2. This defendant incorporates herein the F.R.C.P. 26 (a)(2) Reports of all expert witnesses reports designated by any other defendant and reserves the right to call at trial any expert witness designated by any other defendant;

3. Defendant reserves the right to elicit expert testimony from any expert witness designated by the plaintiff or from any health care provider or medical personnel involved in the care or treatment of Joan Esnayra as set forth in the medical records exchanged in discovery.

Respectfully submitted,

GLEASON, FLYNN, EMIG &
FOGLEMAN, CHARTERED

_____
James P. Gleason, Jr. #291005
Matthew P. Maloney #434242
11 N. Washington Street
Suite 400
Rockville, Maryland 20850
(301) 294-2110
**Counsel for Defendant,**
**Medical Faculty Associates, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28 day of April 2006 The Court's Electronic Case Filing System indicated that a copy of the foregoing Defendant Medical Faculty Associates' 26(a)(2) Expert Witnesses Disclosures had been electronically transmitted to:

Donald A. Clower, Esq.
Kay M. Clarke, Esq.
Clower & Clarke
601 Pennsylvania Ave., NW
The Pennsylvania Suite 205
Washington, DC 20004

Thomas V. Monahan, Esq.
Adam Kelley, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, MD 21202

_____
Matthew P. Maloney