<u>**ESNAYRA V. GEORGE WASHINGTON UNIVESITY HOSPITAL, ET AL.**</u>

<u>**Michael K. Spodak, M.D. (Psychiatrist)**</u>

1. <u>Opinions and Bases</u>

    A.  In general the bases for all of my opinions are my past and ongoing medical education, training and experience and my review of the records and materials provided to me in this case. I reserve the right to supplement my opinions after my review of Ms. Esnayra's and other fact witness depositions and after having the opportunity to meet with and evaluate Ms. Esnayra.

    B.  <u>Standard of Care</u>

    In my opinion there is no evidence in the medical records for Ms. Esnayra's August 1, 2004 visit to the George Washington University Hospital indicating that any health care provider provided care or treatment to Ms. Esnayra that was below the standard of care.

    C.  <u>Causation</u>

    Prior to August 1, 2004, Ms. Esnayra had a history of mental health and emotional conditions which included symptoms of impaired perception of reality, impaired memory, and impaired judgment. After having the opportunity to meet and evaluate Ms. Esnayra, I anticipate being able to opine as to the contribution of Ms. Esnayra's pre-existing mental health condition toward her perception, memory, interpretation and processing of the events of August 1, 2004.

    Even if the allegations in the Complaint are accurate, these are not the types of events that would likely lead to a worsening of Ms. Esnayra's pre-existing condition or should cause major functional limitations.

1

       My standard of care and causation opinions are and will be offered to a reasonable degree of medical probability or certainty.

    D.    I reserve the right to render additional opinions or to modify the opinions stated above after having the opportunity to evaluate Ms. Esnayra and after reviewing her deposition, Dr. Greenberg's deposition, and those of the other fact witnesses and as additional materials become available through discovery or otherwise.

2.    <u>Data Considered</u>

    Medical and psychological records of Joan Esnayra.

    Plaintiff's Complaint.

    Affidavit of Dr. Greenberg.

    Plaintiff's Answers to Defendants' Interrogatories.

3.    <u>Exhibits to be used at Trial</u>

    I reserve the right to make use of one or more anatomic models, illustrations, charts, graphs, enlargements of the medical or psychological records or other records of reports, films, or other visual aids to illustrate and assist in explaining my testimony and opinions.

4.    <u>Qualifications of the Witness</u>

    Please see my Curriculum Vitae which is attached hereto and incorporated herein.

5.    <u>Publications</u>

    Please see my Curriculum Vitae which is attached hereto and incorporated herein.

6.    <u>Compensation</u>

My charges are $375/hr. for review, $3,750.00 for a full day spent outside the greater Baltimore area testifying or evaluating.

7. <u>Other Testimony</u>

Please see the attached list which is incorporated herein.

*[signature]*
Michael K. Spodak, M.D.
April 28, 2006

3

## PREVIOUS CASES (2000 – 2004)

| | |
|---|---|
| Carmen L. Ortiz & Juan A. Hernandex vs. Montgomery Co., MD and Allstate Ins. Co. | Circuit Court for Montgomery Co., MD<br>Case #191825<br>Deposition |
| Earl F. Perrine vs. Roger N. Cox d/b/a Roger's Auto Repair & Sales | Circuit Court for Hampshire Co., WVA<br>Civil #98-C-93<br>Testimony |
| Luca P. DiCasagrande vs. Stolt Parcel Tankers, Inc., et al | Circuit Court for Baltimore City<br>Civil Action #24-C-98-410367<br>Deposition |
| State of Maryland vs. Raymond E. Bartholomew | Circuit Court for Howard Co., MD<br>Case #13-K-00-39051<br>Testimony |
| U.S.A vs. Kenneth Goldscher | U.S. District Court for the District of Maryland<br>Criminal #WMN-98-0452<br>Testimony |
| John Dietz vs. Chul Kwon, M.D. | Circuit Court for Baltimore City<br>Case #24-C-99-002149<br>Deposition |
| Sherry Garten vs. Greenbelt Homes, Inc. | Circuit Court for Prince George's Co., MD<br>Case #98-03856<br>Deposition |
| John Adams vs. Omar Omland, M.D. | Circuit Court for Montgomery Co., MD<br>Case #C206562<br>Deposition |
| Carmen Ortiz, et ux. vs. Montgomery Co., et al | Circuit Court for Montgomery Co., MD<br>Case #191825<br>Testimony |
| Robert Fredman vs. Karen Syag | Circuit Court for Montgomery Co., MD<br>Family Law No. 7809<br>Deposition and Testimony |

## PREVIOUS CASES (cont.)

| | |
|---|---|
| Christopher McCleary vs.<br>Mari Kathleen McCleary | Circuit Court for Anne Arundel Co., MD<br>Case #C-2000-64339 DV<br>Testimony and Deposition |
| State of Maryland vs. Richard Jaffrey | Circuit Court for Baltimore Co., MD<br>Case #00CR2406<br>Testimony |
| Sandra Hastings vs. Sandra Bowden | Circuit Court for Wicomico Co., MD<br>Case #C990828<br>Testimony |
| Ronald Adams vs. Linda Lehman,<br>Barry Hershfeld, Baltimore Joint Venture<br>XXII, and Estate of Joseph Abraham | Circuit Court for Baltimore City, MD<br>Case #98240119/CC7537<br>Deposition |
| United States of America vs.<br>Lori D. Plowdin | U.S. District Court for the District of Maryland<br>Case # L-99-0149<br>Testimony |
| Patricia K. Sann, ET AL vs.<br>L. Randol Barker, M.D. | Circuit Court for Baltimore City<br>Case # C-99-005869<br>Deposition |
| Mandel Alonzo Jiggetts vs.<br>Dean S. Tippet, M.D. ET AL | Circuit Court for Baltimore City<br>Case # 24-C-99-005639<br>Testimony |
| John Doe vs.<br>Paul Arts, M.D., ET AL | Superior Court of New Jersey<br>Docket # L-224-95<br>Deposition |
| James Whittlesey vs.<br>State of Maryland | Circuit Court for Baltimore City<br>Case # 62408<br>Post Conviction Hearing |
| Carole Kolstad vs.<br>American Dental Association | U.S. District Court for the District of Columbia<br>Civil Action # 94-1578, 97-306 (TPJ)<br>Deposition |
| Renee Trent and Thomas Young vs.<br>Lockheed Martin IMS and National Legal<br>Laboratories, Inc. | U.S. District Court for the Northern District<br>of MD<br>Case # JFM-00-1689<br>Deposition |

## PREVIOUS CASES (cont.)

| | |
|---|---|
| Mustafa El-Amin vs. Locke Insulators Inc. | Circuit Court of Maryland for Baltimore City<br>Case # 24-C-00-0004755<br>Video Deposition |
| Richard Robinson vs.<br>Lawrence G. Todd et al | Circuit Court for Prince George's County<br>Case # CAL-99-10381<br>Deposition |
| State of Maryland vs.<br>Joshua Lance Ritzman | Circuit Court for Anne Arundel County<br>Criminal # K-2001-64<br>Juvenile Waiver |
| John Doe vs.<br>Paul Arts, M.D., ET AL | Superior Court of New Jersey<br>Docket # L-224-95<br>Testimony |
| Alvy J. Dawson and Annmarie<br>Dawson vs. Richard Stanley | Circuit Court of Hampshire County, WVA<br>Civil Action # 00-C-154<br>Video Deposition |
| Carol Kolstad vs.<br>American Dental Association | U.S. District Court for the District of Columbia<br>Case # 97-306<br>Deposition part 2 |
| Miriam V. Coca, et al vs.<br>Rex Ransom, Jr. et al | U.S. District Court for the District of Maryland<br>Southern Division<br>Case # DKC 00CV2584<br>Arbitration |
| State of Maryland vs.<br>Suzanne Duff Johnston | Circuit Court for Allegany County<br>Case # K-00-8190<br>Testimony |
| State of Maryland vs.<br>Stevan Fickus | Circuit Court for Baltimore County<br>Case # 00CR2884<br>Testimony |
| State of Maryland vs.<br>William Morris Creek | Circuit Court of Anne Arundel County<br>Case # K-2000-00331<br>Testimony |
| Debra Halmon vs.<br>Montgomery County and<br>ATE Management and Service Co., Inc. | Circuit Court for Montgomery County<br>Civil # 210786<br>Deposition |
| State of Maryland vs.<br>Bruce Wayne Kindervater, Sr. | Circuit Court for Baltimore County<br>Case # 99CR4135 & 99CR4502<br>Hearing |

## PREVIOUS CASES (cont.)

| | |
|---|---|
| United States vs.<br>Jeffrey Byron Nuttle | United States District Court of Maryland<br>Criminal # JFM-00-0358<br>Federal Sentencing |
| State vs. Stephanie Shapiro | Circuit Court for Baltimore County<br>Case # 2C00145665<br>Sentencing |
| Dorothy A. Davis, et al vs.<br>Albert J. Steren, M.D., et al | Circuit Court for Montgomery County, Maryland<br>Case # 216427<br>Deposition |
| State of Maryland vs.<br>Kara Leigh Gaines | District Court for Charles County, Maryland<br>Criminal # 1P27672<br>Testimony |
| State of Maryland vs.<br>Stephen Mark Brown | Circuit Court for Baltimore County<br>Case # 01CR4287<br>Bail Review |
| State of Maryland vs.<br>Christopher Anthony Denicolis | Circuit Court for Baltimore County<br>Case # 01-010-1563<br>Testimony |
| Lenora Minton Hamm, et al. vs.<br>Vanessa Palma, et al. | Circuit Court for Frederick County<br>Case # 10-C-99-000209<br>Testimony |
| Lisa A. Bethea vs.<br>American University, et al. | U.S. District Court for the District of Columbia<br>Case # 98-000544<br>Testimony |
| William Tidwell, et ux. and Timothy Nickel,<br>et ux. vs. Ladder Towers, Inc. | Circuit Court for Baltimore City<br>Case # 24C00006307<br>Deposition |
| State of Maryland vs.<br>Dustin Byczynski | Circuit/District Court for Baltimore County<br>Case # 02-043-0082<br>Juvenile Waiver |
| United States of America vs.<br>Kevin Robertson | U.S. District Court for the District of Maryland<br>Case # 20000-0827 PWG<br>Federal Sentencing |
| Bobby Whitley vs.<br>Farrell Corporation, et al. | U.S. District Court for the District of Maryland<br>Civil Action # MJG-00-CV-2094<br>Deposition |

## PREVIOUS CASES (cont.)

| | |
|---|---|
| United States of America vs.<br>Gary Thomas Carr, Jr. and<br>Michael Domingo Cuffley | U.S. District Court for the State of Maryland<br>Criminal # L-01-0491<br>Federal Sentencing |
| Twila White, et al. vs.<br>Chuck Amirkhanian, et al. | U.S. District Court for the District of Maryland<br>Case # MJG 00-3464<br>Testimony |
| State of Maryland vs.<br>Florence Emily Kirk | District Court of Maryland for Baltimore County<br>Case # 002C00144342<br>Testimony |
| Michael T. Grinage, et al. vs.<br>David K. Mathias | Circuit Court for Washington County, Maryland<br>Case # 21-C-00-009117 MT<br>Arbitration |
| Deborah Grinage, et al. vs.<br>David K. Mathias | Circuit Court for Washington County, Maryland<br>Case # 21-C-00-009117 MT<br>Arbitration |
| Michael Sitney vs.<br>Home Depot U.S.A., Inc., et al. | Circuit Court for Prince George's County, MD<br>Case # CAL 01-00330<br>Testimony |
| Tina Maufer vs.<br>Maryland State Retirement Board | Special District<br>ALJ Hearing |
| Yvonne Kisiel and Kenneth Kisiel vs.<br>James J. Kotlik, et al. | Circuit Court for Prince George's County, MD<br>Case # CAL01-06892<br>Deposition |
| State of Maryland vs.<br>Gary William Pescrillo | Circuit Court for Anne Arundel County, MD<br>Case # K-00-2267<br>Sentencing |
| Doris Anderson, et al. vs. Carroll<br>County General Hospital Inc., et al. | Circuit Court for Carroll County, MD<br>Case # C-2000-31767<br>Deposition |
| State of Maryland vs.<br>David B. Hillis | Circuit Court for Montgomery County, MD<br>Case # 94775<br>Testimony/Sentencing |
| State of Maryland vs.<br>Michael Murray | Circuit Court for Baltimore City, MD<br>Case #<br>Sentencing |

## PREVIOUS CASES (cont.)

| | |
|---|---|
| Donna Softly, et al. vs.<br>Tammie Lee Johnson | Circuit Court for Anne Arundel County, MD<br>Case # C-2001-73241<br>Deposition |
| State of Maryland vs.<br>Jagprett Bhalla | Circuit Court for Baltimore County, MD<br>Case # 98 CR 3111<br>Sentencing Modification |
| State of Maryland vs.<br>Charles Grierson | Circuit Court for Anne Arundel County, MD<br>Case # K-02-520<br>Sentencing for Patuxent |
| Michael Colin Davis vs.<br>Alternatives for Youth and Families | U.S. District Court for the District of Maryland<br>Case # L-01-CV-2988<br>Deposition |
| State of Maryland vs.<br>Dontee Stokes | District Court for the State of Maryland<br>Case # 2B01448967<br>Testimony |
| Donna Softly, et al. vs.<br>Tammy Lee Johnson | Circuit Court for Anne Arundel County, MD<br>Case # C-2001-73241<br>Testimony |
| State of Maryland vs.<br>Raaj Janack | District Court of Maryland for Baltimore County<br>Case # 006C00164702<br>Sentencing |
| Janice St. Vincent vs.<br>Jay Irwin Block, et al. | Circuit Court for Baltimore County, MD<br>Case # 03-C-02-012282<br>Deposition |
| Vanessa Bauer vs.<br>Eyre Bus Service, Inc. et al | Circuit Court for Prince George's County, MD<br>Case # CAL02-22967<br>Deposition |
| Lakisha Allen, et al. vs.<br>Stanley Rochkind., et al. | Circuit Court for Baltimore City, MD<br>Case # 24-C-02-003701<br>Deposition |
| Arron Dwayne Addair, Individually<br>And Arron Dwayne Addair and Terry<br>Lee Addair, Individually and as Husband<br>and Wife vs. Sears, Roebuck &<br>Company and Bobby Honaker | Circuit Court for Baltimore City, MD<br>Case # 24C-03-003090<br>Deposition |

| | |
|---|---|
| United States of America vs.<br>Frank Joseph Guerassio, Jr. | U.S. District Court for the District of Maryland,<br>Northern Division<br>Docket # L-03-077<br>Sentencing |
| Askia Khafra, et al. vs.<br>Lionel LaQuinte | Superior Court of the District Court<br>of Columbia Civil Division<br>Civil Action # 00ca007090<br>Deposition |
| William K. Pilkerton vs.<br>Valu Food, Inc. | Circuit Court for Baltimore County, MD<br>Claim # B429963<br>Workers' Compensation Appeal |
| Attorney Grievance<br>Commission vs. Robert Zakroff, Esq. | Circuit Court for Montgomery County, MD<br>Docket # 2002-275-16-03<br>Testimony & Deposition |
| Steven C. Pirzchalski vs.<br>Anglela Pirzchalski, Charles W.<br>Hemler & Mary V. Hemler | Circuit Court for Baltimore County, MD<br>Case # 03-C-01-7268<br>Testimony |
| Yolanda McCoy, et al. vs.<br>B & W Associates, et al. | Circuit Court for Baltimore City, MD<br>Case # 24-C-00-004653<br>Deposition |
| State of Maryland vs.<br>Elroy Matthews | Circuit Court for Baltimore County, MD<br>Case # 02 CR 2799<br>Sentencing |
| Margaret Uhl Thelen, et al. vs.<br>Thomas J. Renner, as Special<br>Administrator of the Estate of<br>Viola M. Uhl, deceased, et al. | Circuit Court for Baltimore County, MD<br>Case # 03-C-03-5640-OC<br>Testimony & Deposition |
| State of Maryland vs.<br>Ryan Furlough | District Court for Howard County, MD<br>Criminal # 005T00037112<br>Testimony |
| William R. Buckler vs.<br>Roy's Quality Car Care Inc. &<br>Injured Workers' Insurance Fund &<br>Subsequent Injury Fund | Circuit Court for Washington County, MD<br>Case # 21-C-03-18207 AA<br>Video Deposition |
| Lankford Sysco Corp. and Fidelity& Guarantee<br>Insurance Co. vs. Wayne Volberding | Circuit Court for Worchester County, MD<br>Case # 23-C-03-1278<br>Deposition |
| State of Maryland vs.<br>Dana Russell Collins | Circuit Court for St. Mary's County, MD<br>Criminal # 95-720<br>Testimony |

| | |
|---|---|
| Barbara Sindler, et al., vs.<br>Honey Litman, et al. | Circuit Court for Baltimore County, MD<br>Case # 03-C-97-11190<br>Deposition |
| State of Maryland vs.<br>Ian Christopher Matthews | District Court of Maryland for Baltimore County, MD<br>Case # 005C00208843<br>Testimony |
| Syreeta Johnson, et al. vs.<br>Stafford Sutton, et al. | Circuit Court for Baltimore City, MD<br>Case # 24-C-97-205040<br>Deposition |
| Nero vs. Baltimore County Police | District Court for Baltimore County, MD<br>Case # 0804-0032736-2003<br>Testimony |
| Bay Country Consumer Finance, Inc. vs.<br>Fidelity Security Life Insurance Co. | United States District Court for the District of Maryland<br>Civil Action # CCB-04-253<br>Deposition |
| Jackson vs. Montgomery County | Circuit Court for Montgomery County, MD<br>Civil Action # 247610<br>Deposition |
| Terry Jarrell, Incapacitated,<br>by and through her Guardian and<br>Conservator of her Estate, Patricia<br>C. Jarrell | Circuit Court of the City of Richmond, VA<br>At Law # CL03-2326<br>Deposition |