# ESNAYRA V. GEORGE WASHINGTON UNIVERSITY HOSPITAL, ET AL.

## Glenn Currier, M.D., M.P.H.

1. Opinions and Bases

    A. In general the bases for all of my opinions are my past and ongoing medical education, training and experience and my review of the records and materials provided to me in this case. I reserve the right to supplement my opinions after my review of Ms. Esnayra's and other fact witness depositions and after having the opportunity to meet with and evaluate Ms. Esnayra.

    B. Standard of Care

    In my opinion there is nothing in the medical records of Joan Esnayra's August 1, 2004 visit to the George Washington University Hospital to indicate that the care or treatment of any healthcare provider was below the applicable standard of care.

    C. Causation

    Prior to August 1, 2004, Ms. Esnayra had a pre-existing mental health condition. In other settings, Ms. Esnayra has exhibited psychotic behavior, compromised judgment, inappropriate outbursts, difficulty in interpreting social cues, short-term memory loss, dissociative episodes, and other psychiatric problems. To a reasonable degree of medical probability Ms. Esnayra's pre-existing mental health condition played a significant role in her actions on August 1, 2004 and in her interpretation, mental processing and memory of the actions of others on that date.

My standard of care and causation opinions are and will be offered to a reasonable degree of medical probability.

D.   I reserve the right to render additional opinions or to modify the opinions stated above after an independent medical examination/evaluation of Ms. Esnayra is conducted or as additional material, including Ms. Esnayra's deposition, becomes available through discovery or otherwise.

2.  Data Considered

Medical/psychological records of Joan Esnayra.

Medical and other treating healthcare providers' records.

Plaintiff's Complaint.

Affidavit of Dr. Greenberg.

Plaintiff's Answers to Defendants' Interrogatories.

3.  Exhibits to be used at Trial

I reserve the right to make use of one or more anatomic models, illustrations, charts, graphs, enlargements of the medical or psychological records or other records of reports, films, or other visual aids to illustrate and assist in explaining my testimony and opinions.

4.  Qualifications of the Witness

Please see my Curriculum Vitae which is attached hereto and incorporated herein.

5.  Publications

Please see my Curriculum Vitae which is attached hereto and incorporated herein.

6.  Compensation

My charges are $300/hr. for review.

7.  Other Testimony

   Bangor, Maine- testimony Lever v. Acadia Hospital, (January 2006).


_____
Glenn Currier, M.D., M.P.H.
April 28, 2006