# ESNAYRA V. GEORGE WASHINGTON UNIVESITY HOSPITAL, ET AL.

## Mark S. Smith, M.D. (Emergency Medicine)

1.  Opinions and Bases

    A.  In general, the bases for all of my opinions are my past and ongoing medical education, training and experience and my review of the records and materials provided to me in this case. I reserve the right to supplement my opinions after my review of Ms. Esnayra's and other fact witness depositions.

    B.  Standard of Care

    In my opinion there is no evidence in the medical records for Ms. Esnayra's August 1, 2004 visit to the George Washington University Hospital indicating that any health care provider provided care or treatment to Ms. Esnayra that was below the standard of care.

    Moreover, the medications provided to Ms. Esnayra during her August 1, 2004 visit were not a form of "chemical restraint." The type of medications given and their sequence and mode of administration demonstrate that these medications were not given to chemically restrain Ms. Esnayra.

    C.  Causation

    In my opinion, the care and treatment during Ms. Esnayra's August 1, 2004 admission to George Washington University Hospital would not be reasonably expected to cause or contribute to cause any long-term exacerbation of

any pre-existing condition of Ms. Esnayra. I reserve the right to supplement these opinions after reviewing Ms. Esnayra's deposition.

My standard of care and causation opinions are and will be offered to a reasonable degree of medical probability.

D.  I reserve the right to render additional opinions or to modify the opinions stated above after having the opportunity to review Ms. Esnayra's deposition, Dr. Greenberg's deposition, and those of the other fact witnesses and as additional materials become available through discovery or otherwise.

2.  Data Considered

Medical and psychological records of Joan Esnayra.

Plaintiff's Complaint.

Affidavit of Dr. Greenberg.

Plaintiff's Answers to Defendants' Interrogatories.

3.  Exhibits to be used at Trial

I reserve the right to make use of one or more anatomic models, illustrations, charts, graphs, enlargements of the medical or psychological records or other records of reports, films, or other visual aids to illustrate and assist in explaining my testimony and opinions.

4.  Qualifications of the Witness

Please see my Curriculum Vitae which is attached hereto and incorporated herein.

5.  Publications

Please see my Curriculum Vitae which is attached hereto and incorporated herein.

6.  Compensation

My charges are $350/hr. for consultation and $450/hr. for deposition and trial.

7. <u>Other Testimony</u>

Please see the attached list which is incorporated herein.

_____
Mark S. Smith, M.D.
April 28, 2006

Cases in which Mark Smith, MD was Deposed or Testified at Trial since April 2002

| | |
|---|---|
| Carolyn Davis v. Prince George's County, Maryland et al<br>(Maryland)<br>(deposition) | 6/2002 |
| Ogden v Baker<br>(Maryland)<br>(deposition) | 8/2003 & 11/2003 |