## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOAN ESNAYRA                                             :
                                                         :
v.                                                       :   Case No. 1:05CV01501
                                                         :
GEORGEWASHINGTON UNIVERSITY                              :
HOSPITAL, ET AL.                                         :
                                                         :

### NOTICE OF SERVICE

I hereby certify that on the 30th day of May 2006, I served on all counsel a Notice of Records Deposition and subpoena to Custodian of Records, Social Security Administration.

I further certify that I will retain the original of this document in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

**GLEASON, FLYNN, EMIG & FOGLEMAN, CHARTERED**

/s/Matthew P. Maloney
James P. Gleason, Jr., #291005
Matthew P. Maloney, #434242
11 N. Washington Street
Suite # 400
Rockville, Maryland 20850
(301) 294-2110

**Counsel for Defendant
Medical Faculty Associates Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Service, was mailed, postage prepaid, on this 30th day of May 2006, to:

Donald A. Clower, Esq.
Kay M. Clarke, Esq.
Clower & Clark
601 Pennsylvania Ave., NW
The Pennsylvania Suite 205
Washington, DC 20004

Thomas V. Monahan, Esquire
Adam Kelley, Esquire
Goodell Devries Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202

/s/Matthew P. Maloney
Matthew P. Maloney