IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOAN ESNAYRA )
)
v. ) Case No. 1:05CV01501
)
)
GEORGE WASHINGTON UNIVERSITY )
HOSPITAL, ET AL. )
)

## NOTICE OF SERVICE

I HEREBY CERTIFY that I served by first-class mail, postage prepaid on all counsel hereto a copy of Defendant Medical Faculty Associates' Answers to Plaintiff J. Esnayra's Interrogatories. I will retain the originals of this document in my possession, without alteration, until the case is concluded in this Court, the time for an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

GLEASON, FLYNN, EMIG & FOGLEMAN, CHARTERED

_____
James P. Gleason, Jr. #291005
Matthew P. Maloney #434242
11 N. Washington St., Suite 400
Rockville, Maryland 20850
(301) 294-2110
Counsel for Defendant, Medical Faculty Associates, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was sent this 28th day of June 2006 to the following and pursuant to the Court's electronic filing system:

Donald A. Clower, Esq.
Kay M. Clarke, Esq.
Clower & Clarke
601 Pennsylvania Ave., NW
The Pennsylvania Suite 205
Washington, DC 20004

Adam Kelley, Esquire
Goodell, DeVries, Leech & Gray, LLP
One South Street
20th Floor
Baltimore, MD 21202

Matthew P. Maloney