IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOAN ESNAYRA | ) | |
| | ) | |
| v. | ) | Case No. 1:05CV01501 |
| | ) | |
| | ) | |
| GEORGE WASHINGTON UNIVERSITY HOSPITAL, ET AL. | ) ) | |
| | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41, the parties hereby stipulate to the dismissal of the within cause of action, with prejudice, to include all cross-claims, counter claims and third party claims.  Each side is to bear its own costs.

Respectfully submitted,

CLOWER & CLARKE

DATE:  July 11, 2006          By:         /s/
                                          KAY M. CLARKE, #443477
                                          601 Pennsylvania Avenue, NW
                                          The Pennsylvania Suite 205
                                          Washington, D.C.  20004
                                          (202) 638-0086
                                          Counsel for Plaintiff

Gleason, Flynn, Emig & Fogelman

DATE:  July 11, 2006          By:   Signed with permission by Kay M. Clarke
                                    JAMES P. GLEASON, JR. #291005
                                    MATTHEW P. MALONEY #434242
                                    11 North Washington Street
                                    Suite 400
                                    Rockville, MD   20850
                                    (301) 294-2110

1

                                            Goodell, DeVries, Leech & Dann

DATE: July 11, 2006        By:   <u>Signed with permission by Kay M. Clarke</u>
                                                     THOMAS V. MONAHAN, JR.
                                                     ADAM KELLEY #483729
                                                     One South Street
                                                     20th Floor
                                                     Baltimore, MD  21202
                                                     (410) 783-4000

## **ORDER**

On stipulation by the parties as evidenced by their signatures hereinabove, it is this

\_\_\_\_\_ day of _____,2006,

ORDERED that this matter is hereby dismissed with prejudice and each side shall bear its own costs.

                                                     _____
                                                     JUDGE