IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOAN ESNAYRA )
)
v. ) Case No. 1:05CV01501
)
)
GEORGE WASHINGTON UNIVERSITY )
HOSPITAL, ET AL. )
)

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41, the parties hereby stipulate to the dismissal of the within cause of action, with prejudice, to include all cross-claims, counter claims and third party claims. Each side is to bear its own costs.

Respectfully submitted,

CLOWER & CLARKE

DATE: July 11, 2006      By:      /s/
                                  KAY M. CLARKE, #443477
                                  601 Pennsylvania Avenue, NW
                                  The Pennsylvania Suite 205
                                  Washington, D.C. 20004
                                  (202) 638-0086
                                  Counsel for Plaintiff

                         Gleason, Flynn, Emig & Fogelman

DATE: July 11, 2006      By:      Signed with permission by Kay M. Clarke
                                  JAMES P. GLEASON, JR. #291005
                                  MATTHEW P. MALONEY #434242
                                  11 North Washington Street
                                  Suite 400
                                  Rockville, MD 20850
                                  (301) 294-2110

1

                                          Goodell, DeVries, Leech & Dann

DATE: July 11, 2006          By:   <u>Signed with permission by Kay M. Clarke</u>
                                          THOMAS V. MONAHAN, JR.
                                          ADAM KELLEY #483729
                                          One South Street
                                          20th Floor
                                          Baltimore, MD  21202
                                          (410) 783-4000

### ORDER

On stipulation by the parties as evidenced by their signatures hereinabove, it is this

_11th_ day of _July_, 2006,

ORDERED that this matter is hereby dismissed with prejudice and each side shall

bear its own costs.

_____Colleen Kollar-Kotelly_____
JUDGE

2